1 | CHRISTOPHER WARD, CA Bar No. 238777
cward@foley.com
2 | ARCHANA A. MANWANI, CA Bar No. 272989
amanwani@foley.com
3 | **FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
4 | LOS ANGELES, CA 90071-2411
TELEPHONE: 213.972.4500
5 | FACSIMILE:   213.486.0065

6 | SARA ALEXIS LEVINE ABARBANEL, CA Bar No. 324045
sabarbanel@foley.com
7 | **FOLEY & LARDNER LLP**
555 CALIFORNIA STREET, SUITE 1700
8 | SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
9 | FACSIMILE:   415.434.4507

10 |

11 | Attorneys for Defendant MENZIES
AVIATION, INC., dba MENZIES

12 |

13 | **UNITED STATES DISTRICT COURT**

14 | **NORTHERN DISTRICT OF CALIFORNIA**

15 |

16 | RENALDO NAVARRO,                    ) Case No. 3:19-cv-8157
                                       )
17 |                   Plaintiff,       ) **PROOF OF SERVICE**
                                       )
18 |         vs.                        )
                                       ) State Court Action Filed:  10/23/19
19 | MENZIES AVIATION, INC., DOING      )
BUSINESS AS MENZIES; and DOES 1 through ) Action Removed:  12/16/19
20 | 10, inclusive,                     )
                                       )
21 |                   Defendants.      )
                                       )
22 |                                    )
                                       )
23 |                                    )
                                       )
24 |                                    )
                                       )
25 |

26 |

27 |

28 |

4825-7041-3230.2

PROOF OF SERVICE

I am employed in the County of San Francisco, State of California.  I am over the age of 18  and not a party to this action; my current business address is 555 California Street, Suite 1700**,** San Francisco**,** CA 94104-1520**.**

On December 16, 2019, I served the foregoing document(s) described as:

1. **DEFENDANT MENZIES AVIATION, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION (DIVERSITY JURISDICTION)**

2. **DECLARATION OF CHRISTOPHER G. WARD IN SUPPORT OF DEFENDANT MENZIES AVIATION, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION (DIVERSITY JURISDICTION)**

3. **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

4. **CIVIL COVER SHEET**

on the interested parties in this action as follows:

Arlo Garcia Uriarte
Ernesto Sánchez
Un Kei WU
Daniel P. Iannitelli
LIBERATION LAW GROUP, P.C.
2760 Mission Street
San Francisco, CA 94110

***Attorneys for Plaintiff Renaldo Navarro***


__X__     BY MAIL

   __X__     I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at San Francisco, California.  I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.


__X__     Executed on December 16, 2019, at San Francisco, California.

__X__     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.


*/s/ Vivian Hong*
Vivian Hong

4825-7041-3230.2