CHRISTOPHER WARD, CA Bar No. 238777
   cward@foley.com
ARCHANA A. MANWANI, CA Bar No. 272989
   amanwani@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE: 213.972.4500
FACSIMILE:   213.486.0065

SARA ALEXIS LEVINE ABARBANEL, CA Bar No. 324045
   sabarbanel@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE:   415.434.4507

Attorneys for Defendant MENZIES
AVIATION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENALDO NAVARRO,<br><br>         Plaintiff,<br><br>   vs.<br><br>MENZIES AVIATION, INC., DOING BUSINESS AS MENZIES; and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No. 3:19-cv-8157<br><br>**DEFENDANT MENZIES AVIATION, INC.'S CERTIFICATION OF INTERESTED ENTITIES AND PARTIES**<br><br>Filed concurrently with:<br>(i) Notice of Removal;<br>(ii) Declaration of Christopher Ward, and<br>(iii) Civil Case Cover Sheet<br><br>State Court Action Filed: 10/23/19<br><br>Action Removed: December 16, 2019 |

## CERTIFICATION OF INTERESTED ENTITIES AND PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  December 16, 2019

**FOLEY & LARDNER LLP**
Christopher Ward
Archana A. Manwani
Sara Alexis Levine Abarbanel


           */s/ Christopher Ward*
Christopher Ward
Attorneys for Defendant MENZIES AVIATION, INC.