1  CHRISTOPHER WARD, CA Bar No. 238777
       cward@foley.com
2  ARCHANA A. MANWANI, CA Bar No. 272989
       amanwani@foley.com
3  **FOLEY & LARDNER LLP**
   555 SOUTH FLOWER STREET, SUITE 3500
4  LOS ANGELES, CA 90071-2411
   TELEPHONE: 213.972.4500
5  FACSIMILE:  213.486.0065

6  SARA ALEXIS LEVINE ABARBANEL, CA Bar No. 324045
       sabarbanel@foley.com
7  **FOLEY & LARDNER LLP**
   555 CALIFORNIA STREET, SUITE 1700
8  SAN FRANCISCO, CA 94104-1520
   TELEPHONE: 415.434.4484
9  FACSIMILE:  415.434.4507

10

11 Attorneys for Defendant MENZIES
   AVIATION, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Renaldo Navarro,<br><br>       Plaintiff,<br><br> vs.<br><br>Menzies Aviation, Inc., DOING BUSINESS AS MENZIES; and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No. 3:19-cv-8157<br><br>**DEFENDANT MENZIES AVIATION, INC.'S DECLINATION OF MAGISTRATE JUDGE JURISDICTION**<br><br>State Court Action Filed: October 23, 2019<br><br>Action Removed: December 16, 2019 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Renaldo Navarro<br><br>　　　　　　　　　Plaintiff(s)<br>　　v.<br>Menzies Aviation, Inc. dba Menzie and Does 1 through 10, inclusive.<br><br>　　　　　　　　　Defendant(s). | Case No. C 4:19-cv-08157-KAW<br><br>CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent to Magistrate Judge Jurisdiction**

　　In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

　　**OR**

☒ **Decline Magistrate Judge Jurisdiction**

　　In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: December 23, 2019　　　　　　　　NAME: Sara Abarbanel

　　　　　　　　　　　　　　　　COUNSEL FOR
　　　　　　　　　　　　　　　　(OR "PRO SE"): Menzies Aviation, Inc.

　　　　　　　　　　　　　　　　　　/s/ Sara Abarbanel
　　　　　　　　　　　　　　　　　　　　*Signature*


American LegalNet, Inc.
www.FormsWorkFlow.com