CHRISTOPHER WARD, CA Bar No. 238777
  cward@foley.com
ARCHANA A. MANWANI, CA Bar No. 272989
  amanwani@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE:  213.972.4500
FACSIMILE:   213.486.0065

SARA ALEXIS LEVINE ABARBANEL, CA Bar No. 324045
  sabarbanel@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE:  415.434.4484
FACSIMILE:   415.434.4507

Attorneys for Defendant MENZIES
AVIATION, INC., dba MENZIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENALDO NAVARRO,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MENZIES AVIATION, INC., DOING BUSINESS AS MENZIES; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 4:19-cv-8157-KAW<br><br>**PROOF OF SERVICE OF NOTICE OF REMOVAL DOCUMENTS TO PLAINTIFF**<br><br>State Court Action Filed:  10/23/19<br><br>Action Removed:  12/16/19 |

PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to this action; my current business address is 555 California Street, Suite 1700, San Francisco, CA 94104-1520.

On December 24, 2019, I served the foregoing document(s) described as:

1. Defendant's Notice of Removal, Declaration In Support of Notice of Removal and Exhibits, Civil Cover Sheet, and Proof of Service;
2. Defendant's Certification of Interested Entities and Parties;
3. Order Settting Initial Case Management Conference and ADR Deadlines;
4. Standing Order for Magistrate Judge Kandis A. Westmore;
5. USDC brochure – Consenting to the Jurisdiction of a Magistrate Judge; and
6. Defendant's State Notice of Filing Notice of Removal to Federal Court.

on the interested parties in this action as follows:

Arlo Garcia Uriarte
Ernesto Sánchez
Un Kei WU
Daniel P. Iannitelli
LIBERATION LAW GROUP, P.C.
2760 Mission Street
San Francisco, CA 94110

***Attorneys for Plaintiff Renaldo Navarro***

__X__   BY EXPRESS CARRIER

    __X__   I am readily familiar with the firm's practice for collection and processing of correspondence for delivery by Federal Express: collected packages are picked up by an express carrier representative on the same day, with the Airbill listing the account number for billing to sender, at San Francisco, California, in the ordinary course of business. I placed the envelope(s) in an envelope or package designated by the express service carrier for collection and processing for express service delivery on the above date following ordinary business practices.

__X__   Executed on December 24, 2019, at San Francisco, California.

__X__   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ Laura Lee
Laura Lee

PROOF OF SERVICE OF NOTICE OF REMOVAL DOCUMENTS TO PLAINTIFF
-1-    Case No. 4:19-cv-8157-KAW