Arlo García Uriarte, SBN 231764
LIBERATION LAW GROUP, P.C.
2760 Mission Street
San Francisco, CA 94110
Telephone: (415) 695-1000
Facsimile: (415) 695-1006
Attorneys for Plaintiffs
**Renaldo Navarro**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RENALDO NAVARRO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MENZIES AVIATION, INC., DOING BUSINESS AS MENZIES; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 3:19-cv-08157-VC<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15 AND F.R.C.P. 7.1**<br><br>State Court Action Filed: 10/23/19<br>Action Removed: 12/16/19<br>Judge: Hon. Vince Chhabria |

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

Pursuant to Civil Local Rule 3-15 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Plaintiff Renaldo Navarro certifies that no such interest is known other than that of the named parties to the instant action.

DATED: March 11, 2020                               LIBERATION LAW GROUP, P.C.

_____
Arlo Garcia Uriarte
Attorney for PLAINTIFF