## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Reanldo Navarro

CASE No C 3:19-cv-08157-VC

Plaintiff(s)

v.

Menzies Aviation, Inc. dba Menzies and Does 1
through 10, inclusive,

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s)

Counsel report that they have met and conferred regarding ADR and have reached the following
stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the
following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
Private mediation; Parties have agreed for Michael J. Loeb of JAMS to be the mediator.
Parties are meeting and conferring to determine a mediation date in August 2020.

The parties agree to hold the ADR session by:

☐ the presumptive deadline (*90 days from the date of the order referring the case to ADR*)

☒ other requested deadline: August 2020

Date: March 23, 2020                  /s/ Arlo Garcia Uriarte
                                      Attorney for Plaintiff
                                      Arlo Garcia Uriarte

Date: March 23, 2020                  /s/ Christopher Ward
                                      Attorney for Defendant
                                      Christopher Ward

☐ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: _____

_____
U.S. DISTRICT/MAGISTRATE JUDGE


American LegalNet, Inc.
www.FormsWorkFlow.com

*Important!* *E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*



**American LegalNet, Inc.**
www.FormsWorkFlow.com