UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Reanldo Navarro

Plaintiff(s)

v.

Menzies Aviation, Inc. dba Menzies and Does 1 through 10, inclusive,

Defendant(s)

CASE No C 3:19-cv-08157-VC

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
Private mediation; Parties have agreed for Michael J. Loeb of JAMS to be the mediator. Parties are meeting and conferring to determine a mediation date in August 2020.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: August 2020

Date: March 23, 2020

/s/ Arlo Garcia Uriarte
Attorney for Plaintiff
Arlo Garcia Uriarte

Date: March 23, 2020

/s/ Christopher Ward
Attorney for Defendant
Christopher Ward

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: March 24, 2020

U.S. DISTRICT/MAGISTRATE JUDGE

*Form ADR-Stip rev. 1-15-2019*



*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019

