1  Arlo García Uriarte, SBN 231764
2  Ernesto Sánchez, SBN 278006
   Un Kei WU, SBN 270058
3  Daniel P. Iannitelli, SBN 203388
   Elizabeth Lyons, SBN 327742
4  LIBERATION LAW GROUP, P.C.
   2760 Mission Street
5  San Francisco, CA 94110
6  Telephone: (415) 695-1000
   Facsimile: (415) 695-1006
7
   Attorneys for PLAINTIFF
8  RENALDO NAVARRO

9

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14 | RENALDO NAVARRO,              | Case No.: 3:19-cv-08157 VC
15 |                               |
16 |         Plaintiff,            | **PLAINTIFF'S APPENDIX OF SUPPORTING EVIDENCE**
17 |    vs.                        |
18 | MENZIES AVIATION, INC., doing | Date:  November 19, 2020
19 | business as MENZIES and DOES 1 through | Time:  10:00 a.m.
   | 10, inclusive.                | Place: video conference link
20 |                               |
21 |         Defendants.           | Hon. Vince Chhabria
                                     San Francisco Courthouse
22                                   Courtroom 4 – 17th Floor

23                                   Action Removed: December 16, 2019
                                     Action Filed:   October 23, 2019
24

25

26

27

28

INDEX OF EXHIBITS

| Exhibit No. | Title | Page No. |
|---|---|---|
| 30 | Declaration of Arlo Uriarte | 1 |
| 31 | Declaration of Renaldo Navarro | 4 |
| 32 | Declaration of Rafael Vasquez | 10 |
| 33 | Declaration of Jezen Canlas | 17 |
| 34 | Declaration of July Macapagal | 23 |
| 35 | Declaration of Modesto Compas | 27 |
| 36 | Declaration of Marc Ilagan | 31 |
| 37 | Deposition of Renaldo Navarro | 36 |
| 38 | Errata Sheet with attached relevant pages changed | 51 |
| 39 | Deposition of Andrew Dodge | 66 |
| 40 | Deposition of Tracy Aguilera | 77 |
| 41 | Deposition of Raul Vargas | 91 |
| 42 | Deposition of John Qually | 109 |
| 43 | Photographs of Andrew Dodge sleeping | 124 |
| 44 | Copies of Acknowledgment Forms in Menzies' document production | 126 |