*Exhibit 30*

000001

1  UrArlo García Uriarte, SBN 231764
2  Ernesto Sánchez, SBN 278006
   Un Kei WU, SBN 270058
3  Daniel P. Iannitelli, SBN 203388
   Elizabeth Lyons, SBN 327742
4  LIBERATION LAW GROUP, P.C.
   2760 Mission Street
5  San Francisco, CA 94110
6  Telephone: (415) 695-1000
   Facsimile: (415) 695-1006
7
   Attorneys for PLAINTIFF
8  RENALDO NAVARRO
9
10
              UNITED STATES DISTRICT COURT
11
              NORTHERN DISTRICT OF CALIFORNIA
12
13

| | |
|---|---|
| RENALDO NAVARRO, | Case No.: 3:19-cv-08157 VC |
| | **DECLARATION OF ARLO URIARTE AUTHENTICATING COPIES OF PLAINTIFF'S SUPPORTING EVIDENCE** |
| Plaintiff, | |
| vs. | |
| MENZIES AVIATION, INC., doing business as MENZIES and DOES 1 through 10, inclusive. | Date:  November 19, 2020<br>Time:  10:00 a.m.<br>Place: video conference link<br><br>Hon. Vince Chhabria<br>San Francisco Courthouse<br>Courtroom 4 – 17th Floor<br><br>Action Removed: December 16, 2019<br>Action Filed:    October 23, 2019 |
| Defendants. | |

DECLARATION OF ARLO URIARTE        CASE No. 3:19-cv-08157

**000002**

I, Arlo Uriarte, declare as follows:

1. I am an attorney admitted to practice before all superior courts in the State of California. I am admitted to practice in the United States District Court for the Northern and Eastern Districts of California. I am admitted to the United States Court of Appeals for the Ninth Circuit.

2. I have personal knowledge of the facts stated in this declaration. If called upon to testify as a witness, I would competently testify as to these facts.

3. Exhibits 31 – 35 are declarations obtained from witnesses and are true and correct copies of the originals signed and executed by each witness.

4. Exhibits 36, 38-41 are copies of deposition transcripts from witnesses deposed in this matter. The pages attached are true and correct copies of the certified transcripts for each witness.

5. Exhibits 37 is a true and correct copy of the Errata sheet downloaded from the deposition depository Sound Deposition Service, from the deposition officer selected by Menzies. The errata sheet has been available since Sept. 2, 2020. The username and passwords for our access is uriarte / uriarte (all lower case).

6. Exhibit 42 is a true and correct copy of a photograph of Andrew Dodge, authenticated by him during his deposition.

7. I reviewed the production of documents by Menzies, no acknowledgment of receipt for the employment handbook nor the Code of Conduct was provided.

I declare under penalty of perjury under the laws of the United States and in the State of California that the foregoing is true and correct.

Date: 11/2/2020

Arlo Uriarte