*Exhibit*

*32*

1   Arlo García Uriarte, SBN 231764
    Ernesto Sánchez, SBN 278006
2   Un Kei WU, SBN 270058
    Daniel P. Iannitelli, SBN 203388
3   LIBERATION LAW GROUP, P.C.
    2760 Mission Street
4   San Francisco, CA 94110
    Telephone: (415) 695-1000
5   Facsimile: (415) 695-1006
6
7   Attorneys for PLAINTIFF
    RENALDO NAVARRO
8
9
10              UNITED STATES DISTRICT COURT
11             NORTHERN DISTRICT OF CALIFORNIA
12
13
14  RENALDO NAVARRO,                    Case No.: 3:19-cv-08157 VC
15                                      DECLARATION OF RAFAEL VAZQUEZ
                                        IN SUPPORT OF PLAINTIFF'S
16          Plaintiff,                  OPPOSITION TO SUMMARY JUDGMENT
17      vs.
18  MENZIES AVIATION, INC., doing       Date:   November 19, 2020
    business as MENZIES and DOES 1 through   Time:   10:00 a.m.
19  10, inclusive.                      Place:  video conference link
20                                      Hon. Vince Chhabria
            Defendants.                 San Francisco Courthouse
21                                      Courtroom 4 – 17th Floor
22                                      Action Removed:  December 16, 2019
                                        Action Filed:       October 23, 2019
23
24
25
26
27
28

000011

1

2

3        I, Rafael Vasquez, have personal knowledge of the matters stated herein and if called upon

4    as a witness, I would competently testify as follows:

5        1.   I am an employee of Menzies Aviation, Inc. ("Defendant"). I started working for

6    Defendant in 2017 as an aircraft fueler. I am a union steward for SEIU Airports Division

7    ("Union"). It was in this capacity that I became aware of the complaints made by many of my

8    fellow aircraft fuelers (also employed by Defendant hereinafter "Fuelers") regarding Andrew

9    Dodge and their working conditions.

10       2.   I know Mr. Renaldo Navarro as the supervisor of many of Defendant's fuelers

11   during the 11:00 p.m. to 7:00 a.m. shift.  He is well respected.  He respects fuelers and is not

12   abusive.  Fuelers listened to him and he was not intimidating.  He is known to be even handed

13   and someone you can talk to.  During my time as a union steward there we no complaints made

14   to the Union about Mr. Navarro.  On the contrary, we often talked to Mr. Navarro – pleading that

15   he help us talk to management and make them understand our complaints against Mr. Dodge.

16       3.   Before August 2018, between 2017 and 2018, the Fuelers made multiple

17   complaints to the Union regarding an abusive supervisor by the name of Andrew Dodge.  The

18   complaints included verbal abuse, threats, and even physical confrontations with some of the

19   fuelers. These complaints were communicated to management for over a year.  We would have

20   meetings with management every week to two weeks.  The complaints were communicated

21   during these meetings.  The shop stewards would communicate these to management attendees:

22   Renil Lal, John Qually, Nicco, Raul Vargas would often attend.  They knew that especially the

23   Filipino fuelers were being harassed and discriminated by Mr. Dodge.

24       4.   Mr. Dodge is a strange individual.  Please remember that this time frame – 2016,

25   when Mr. Dodge was hired, 2017 when I came on board, through 2018, was when Trump had

26   just gotten elected.  Mr. Dodge, as a white man, and most likely anti-immigrant, would engage in

27   really strange behaviour towards the Filipino fuelers.  One time, before August 2018, I witnessed

28   as Dodge lit up the fuelers with truck lights- very strong lights – as they were exiting the

---

1    workplace.  He was pretending that he was an ICE agent, inspecting the fuelers as they walked

2    by.  We communicated this incident to management but nothing was done.

3         5.  It is my sincere belief that management looked the other way regarding Mr. Dodge

4    because he is a white man.  Ms. Aguilera is also a white person.  Mr. Qually as well.  They

5    "needed" a white supervisor for appearance purposes, and given the political situation then, these

6    white folks bonded together.

7         6.  Fuelers also accused Mr. Dodge of sleeping while on duty.  This was common

8    knowledge and dangerous in my opinion.  There are pictures of Mr. Dodge sleeping in the truck,

9    a company truck that was in the tarmac.  This is dangerous.  I do not believe that a Filipino

10   supervisor who slept on the job would be given any accommodation, it is dangerous.

11        7.  I was personally told by several fuelers then that Mr. Dodge's poor supervision

12   and deficient performance led to flights being delayed and the Fuelers not getting their meal and

13   rest periods as they should have.  As far as I know he was not reprimanded for this.  If Filipino

14   supervisors did that, they would be treated differently, reprimanded, even suspended.

15        8.  Due to Defendant's inactions, the work environment of the Fuelers became hostile

16   as Mr. Dodge continued his abusive behavior towards the Fuelers.  I could not believe how

17   Defendant could allow Mr. Dodge to continue harassing the Fuelers and setting them up for failure

18   as the Union continued to receive complaints.  When we receive these complaints, we

19   communicated these to management in our weekly meetings and when we saw them.

20        9.  I found out around August 2018, that the Fuelers decided to write a petition against

21   Mr. Dodge.  I signed this petition.  Along with many fuelers and two supervisors, including Mr.

22   Navarro.

23        10. I am aware that the Union office was aware we were getting signatures from

24   fuelers in a petition against a supervisor, Mr. Dodge.  The union officer I spoke about the petitions

25   was Charles Owinche.  I know that Mr. Owinche knows Mr. Navarro.  It does not make sense to

26   me that Mr. Owinche would be upset that Mr. Navarro or any supervisor would be lending support

27   to the fuelers and making people sign the petition.  I, Mark Ilagan, Jezen Canlas, union stewards,

28   were asking people to sign the petition.  Mr. Navarro played a minor role, by signing the petition

     and lending support.  He also helped us deliver the first petition to management.

11. The attorneys for Mr. Navarro explained to me that supposedly Mr. Owinche called Ms. Aguilera to complain that fuelers were being pressured to sign a petition. But this does not make sense. We are the union stewards, me, Jezen Canlas, and Mark Ilagan. It was us who were asking people to sign the petition. Why would we complain, including Mr. Charles Owinche, that a supervisor would be pressuring others to sign the petition? We wanted people, fuelers and supervisors, to sign the petition. That was not the subject of our concern then, nor that of Mr. Owinche.

12. I was informed by others that Mr. Owinche has now moved to the East Coast and is no longer with the Union. I believe he left his job with the Union in late 2018.

13. After the first petition was going around the workplace in July and/or August 2018, fuelers complained to me that Andrew Dodge was stopping them from signing the petition. He told fuelers that it was illegal to engage in such conduct in the workplace. I then talked to Charles about this matter and he instructed me to tell the fuelers that as long as the signing of the petition did not interfere with their job functions, and it occurred in the break room or outside the premises, after or before the shift hours, then union members can sign the petition. I informed the fuelers about this, but the complaints that Andrew Dodge engaged in illegal anti-union activities continued. I believe that it was at this point that Mr. Owinche may have called Ms. Aguilera.

14. Instead of taking the complaints and the petition seriously, Defendant did not do anything to discipline or retrain Mr. Dodge. We were instead "put in our place" when Mr. Dodge not only did not get in trouble, it was Mr. Navarro who was terminated. The Union reported the Fuelers' complaints to Defendant.

15. Several months after the first petition, I took it upon myself to write a second petition. Again, this second petition was not acted on. I took this petition to Raul Vargas and gave him the petition myself. No investigation was ever done.

16. The reason I took it upon myself to write this petition is because management needed to do something for the Filipino fuelers who were getting harassed and subjected to abusive behavior by Andrew Dodge. It had been going on for over a year already.

17. I personally witnessed how Mr. Dodge spoke and treated Filipinos, Latinos and South Asians differently compared to white employees. Mr. Dodge was demeaning and degrading to nonwhites. It was obvious that Mr. Dodge feels racially superior to nonwhites.

18. My opinion is that because Mr. Dodge is Caucasian and a supervisor, management wanted to side with him because of his race. Mr. Navarro is Filipino and a supervisor. Management discriminated against him. That is my opinion.

19. I know that John Qually, Renil Lal, Raul Vargas, Nicco were all aware of these issues of discrimination, harassment and abusive behavior but ignored it.

20. I wrote the November 18, 2018, letter and gave that to Mr. Navarro.

21. I spoke to Raul Vargas three times about Mr. Dodge. I spoke to him about the abusive behavior of Mr. Dodge, his harassment and his discriminatory attitude towards the fuelers. Mr. Vargas nor anyone from management did not address our concerns. I remember giving Raul Vargas the second petition myself. Another time, I told Mr. Vargas that Mr. Dodge's harassing and abusive behavior had not changed. These conversations happened between August and November 2018.

22. When Menzies took over the ASIG operations, they did not give us handbooks to sign or any code of conduct documents. I know this because for the longest time we were still using forms from ASIG. I do not remember getting handbooks specifically from Menzies.

I declare under penalty of perjury under the laws of the United States and in the State of California that the foregoing is true and correct.

*Rafael cano vasquez*                                  Oct 31, 2020

_____          _____
Rafael Vasquez                                        Date

---

**DECLARATION OF RAFAEL VASQUEZ**                    **000015**

SignRequest

# Signing Log

Document ID: W6J5JLP5

**Liberation Law Group P.C. (signrequest@liberationlawgroup.com)**

| | |
|---|---|
| Document name: | Declaration of Vasquez 10312020 Navarro v Menzies v2.pdf |
| | SHA256 security hash: |
| | b0b2321d7195968346086e13b4b0f2a3088573607774702b664c2b7b190a9d74 |
| Sent on: | Nov. 1, 2020, 4:01 a.m. (UTC) |
| From: | SignRequest <no-reply@signrequest.com> on behalf of (signrequest@liberationlawgroup.com) |
| To: | falocanovasquez@msn.com |
| Subject: | Liberation Law Group P.C. (signrequest@liberationlawgroup.com) has sent you a SignRequest |

Message:

Hello Rafael,
Please sign the declaration per Arlo Uriarte's request.
Thank you.

| | |
|---|---|
| IP address: | 73.92.8.235 |
| User agent: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/86.0.4240.111 Safari/537.36 |

**signrequest@liberationlawgroup.com**

| | |
|---|---|
| Email address verification: | Verified by SignRequest |

**falocanovasquez@msn.com**

| | |
|---|---|
| Email address verification: | Verified by SignRequest |
| Text added, page 5: | Oct 31, 2020 |
| Signature added, page 5: | |

*Rafael cano vasquez*

| | |
|---|---|
| IP address: | 172.56.39.58 |
| User agent: | Mozilla/5.0 (iPhone; CPU iPhone OS 13_6_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/13.1.2 Mobile/15E148 Safari/604.1 |
| Document signed: | Nov. 1, 2020, 4:39 a.m. (UTC) |

**000016**