Exhibit

34

000023

1  Arlo García Uriarte, SBN 231764
2  Ernesto Sánchez, SBN 278006
   Un Kei WU, SBN 270058
3  Daniel P. Iannitelli, SBN 203388
   LIBERATION LAW GROUP, P.C.
4  2760 Mission Street
   San Francisco, CA 94110
5  Telephone: (415) 695-1000
6  Facsimile: (415) 695-1006

7  Attorneys for PLAINTIFF
   RENALDO NAVARRO
8

9

10              UNITED STATES DISTRICT COURT

11              NORTHEN DISTRICT OF CALIFORNIA

12

13

14  RENALDO NAVARRO,                  Case No.: 3:10-cv-08157 VC

15                                    **DECLARATION OF JULY MACAPAGAL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT**
16          Plaintiff,

17      vs.

18  MENZIES AVIATION, INC., doing     Date:  November 19, 2020
    business as MENZIES and DOES 1 through   Time:  10:00 a.m.
19  10, inclusive.                    Place: video conference link

20                                    Hon. Vince Chhabria
            Defendants.                San Francisco Courthouse
21                                    Courtroom 4 – 17th Floor

22                                    Action Removed: December 16, 2019
                                       Action Filed:   October 23, 2019
23

24

25

26

27

28

I, July Macapagal, have personal knowledge of the matters stated herein and if called upon as a witness, I would competently testify as follows:

1. I want to add the following to the declaration I signed for Menzies.

2. Mr. Navarro is a good supervisor. I was not agreeable to him being terminated. He was well liked by fuelers and well respected.

3. The petition was so that management would investigate Mr. Dodge. I do not understand how Mr. Navarro ended up being terminated. He should not have been.

4. Many fuelers had complaints against Dodge in 2017 and 2018. Some of the complaints I know of is that he caused people to miss their meal breaks. We communicated this to the union and to management. Nothing was done. I believe that is why the petition was put together.

5. This is serious because missing meal breaks sometimes becomes a safety concern, because people are tired.

6. When I signed the petition, as a supervisor, I did not think that is a problem. It was the truth. No one from management ever investigated me about me signing the petition.

7. Also, in 2017 and 2018 we had not yet received Menzies handbooks or code of conduct documents. We have yet to receive these documents until today.

I declare under penalty of perjury under the laws of the United States and in the State of California that the foregoing is true and correct.

*July J Macapagal Jr*                                          Oct 31, 2020
_____                     _____
July Macapagal                                                   Date

# SignRequest
# Signing Log

Document ID: WX1Z16JV

**Liberation Law Group P.C. (signrequest@liberationlawgroup.com)**

| | |
|---|---|
| Document name: | Declaration of July Macapagal .pdf |
| | SHA256 security hash: |
| | 779463b4a52f7d222179d0e7de08d8b0ba2475c8b21306614cfb5ecf7e985664 |
| Sent on: | Nov. 1, 2020, 1:50 a.m. (UTC) |
| From: | SignRequest <no-reply@signrequest.com> on behalf of (signrequest@liberationlawgroup.com) |
| To: | hulyomacapagal@yahoo.com |
| Subject: | Liberation Law Group P.C. (signrequest@liberationlawgroup.com) has sent you a SignRequest |
| Message: | |

> Hi July,
> Please sign the declaration per Arlo Uriarte's request.
> Thank you.

| | |
|---|---|
| IP address: | 73.92.8.235 |
| User agent: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/86.0.4240.111 Safari/537.36 |

**signrequest@liberationlawgroup.com**

| | |
|---|---|
| Email address verification: | Verified by SignRequest |

**hulyomacapagal@yahoo.com**

| | |
|---|---|
| Email address verification: | Verified by SignRequest |
| Text added, page 2: | Oct 31, 2020 |
| Signature added, page 2: | *July J Macapagal Jr* |
| IP address: | 174.194.142.106 |
| User agent: | Mozilla/5.0 (iPhone; CPU iPhone OS 14_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0 Mobile/15E148 Safari/604.1 |
| Document signed: | Nov. 1, 2020, 2:14 a.m. (UTC) |

**000026**