*Exhibit*

*35*

1  Arlo García Uriarte, SBN 231764
   Ernesto Sánchez, SBN 278006
2  Un Kei WU, SBN 270058
   Daniel P. Iannitelli, SBN 203388
3  LIBERATION LAW GROUP, P.C.
   2760 Mission Street
4  San Francisco, CA 94110
   Telephone: (415) 695-1000
5  Facsimile: (415) 695-1006
6
7  Attorneys for PLAINTIFF
   RENALDO NAVARRO
8

9

10                 **UNITED STATES DISTRICT COURT**

11                **NORTHEN DISTRICT OF CALIFORNIA**

12

13

14  RENALDO NAVARRO,                    **Case No.:  3:10-cv-08157 VC**

15                                      **DECLARATION OF MODESTO COMPAS
                                        IN SUPPORT OF PLAINTIFF'S**
16             Plaintiff,               **OPPOSITION TO SUMMARY JUDGMENT**

17       vs.

18  MENZIES AVIATION, INC., doing       Date:    November 19, 2020
    business as MENZIES and DOES 1 through   Time:    10:00 a.m.
19  10, inclusive.                      Place:   video conference link

20                                      Hon. Vince Chhabria
               Defendants.             San Francisco Courthouse
21                                      Courtroom 4 – 17th Floor

22                                      Action Removed:  December 16, 2019
                                        Action Filed:       October 23, 2019
23

24

25

26

27

28

I, Modesto Compas, have personal knowledge of the matters stated herein and if called upon as a witness, I would competently testify as follows:

1.      I started working at ASIG since 2015, as a fueler, until the company was bought by Menzies Aviation, Inc. ("Defendant'). I continue to work for Defendant.

2.      I signed the petition against Andrew Dodge because I believe he is not doing a good job at Menzies. I still can't believe that instead of demoting Mr. Dodge the company fired Mr. Navarro. It was the union stewards, Jenzen, Mark and others who were the ones working to put together the petition. I remember they were working on it for some time until they started getting signatures.

3.      I never saw Mr. Navarro pressure others, nor ask others to sign the petition.

4.      Mr. Navarro is a good employee. Loyal to the company with the company's interest in mind. He only wanted what was good for the fuelers and the company. Harmonious work.

5.      Almost all of the fuelers signed the petition and yet they still did not do anything to Mr. Dodge. I truly believe that had a Filipino supervisor was subject to even just 5 people complaining, the company would fire the Filipino supervisor. Mr. Dodge is favored in the company over the Filipinos because he is white. This is my opinion.

6.      I have seen Filipinos getting reprimands for far less than what Mr. Dodge does at the job. I have seen him sleeping at the job. I have seen him sleeping in the tarmac. Management knows this. It is common knowledge. It is embarrassing to the other companies and airlines. This is dangerous. Yet, nothing happens to him.

7.      I know that fuelers kept telling the union stewards in 2017 and 2018 that Mr. Dodge was causing meal breaks being missed, delays in schedules and plane delays. Nothing happened. This is why we asked for help from Mr. Navarro.

I declare under penalty of perjury under the laws of the United States and in the State of California that the foregoing is true and correct.

*Modesto Compas*                    10/31/2020
Modesto Compas                         Date

000029

# SignRequest

# Registro de Firma

Document ID: W6J5J3KL

**andrea@liberationlawgroup.com**

| | |
|---|---|
| Nombre del documento: | Declaration of Modesto Compas.pdf |
| | Función hash de seguridad SHA256: |
| | 9cfd6134d95f991276dd26437f46a6ab4e4bb1a7d07d8e7f0864631a58e8042a |
| Enviado el: | 31 de Octubre de 2020 a las 22:17 (UTC) |
| De: | SignRequest <no-reply@signrequest.com> on behalf of (andrea@liberationlawgroup.com) |
| A: | mcompas97@gmail.com |
| Sujeto: | andrea@liberationlawgroup.com le ha enviado una solicitud de firma SignRequest |
| Mensaje: | |

> Dear Mr. Compas:
>
> Please sign and date where indicated. Should you have questions or concerns, please contact me at andrea@liberationlawgroup.com. Thank you.
>
> Sincerely,
>
> Andrea Ortiz

| | |
|---|---|
| Dirección IP: | 71.202.210.109 |
| Agente de usuario: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/86.0.4240.111 Safari/537.36 |

**andrea@liberationlawgroup.com**

| | |
|---|---|
| Verificación por correo electrónico: | Verificado por SignRequest |

**mcompas97@gmail.com**

| | |
|---|---|
| Verificación por correo electrónico: | Verificado por SignRequest |
| Texto añadido, página 2: | 10/31/2020 |
| Firma añadida, página 2: | |

*Modesto Compas*

| | |
|---|---|
| Dirección IP: | 107.77.211.31 |
| Agente de usuario: | Mozilla/5.0 (iPhone; CPU iPhone OS 14_0_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0 Mobile/15E148 Safari/604.1 |
| Documento firmado: | 31 de Octubre de 2020 a las 22:51 (UTC) |

**000030**