*Exhibit 36*

000031

```
Arlo García Uriarte, SBN 231764
Ernesto Sánchez, SBN 278006
Un Kei WU, SBN 270058
Daniel P. Iannitelli, SBN 203388
LIBERATION LAW GROUP, P.C.
2760 Mission Street
San Francisco, CA 94110
Telephone: (415) 695-1000
Facsimile: (415) 695-1006

Attorneys for PLAINTIFF
RENALDO NAVARRO
```

# UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENALDO NAVARRO,<br><br>Plaintiff,<br><br>vs.<br><br>MENZIES AVIATION, INC., doing business as MENZIES and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No.: 3:10-cv-08157 VC<br><br>**DECLARATION OF MARC ILAGAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT**<br><br>Date:   November 19, 2020<br>Time:   10:00 a.m.<br>Place:  video conference link<br><br>Hon. Vince Chhabria<br>San Francisco Courthouse<br>Courtroom 4 – 17th Floor<br><br>Action Removed: December 16, 2019<br>Action Filed:   October 23, 2019 |

I, Marc Ilagan, have personal knowledge of the matters stated herein and if called upon as a witness, I would competently testify as follows:

1. I started working at ASIG as a fueler, until the company was bought by Menzies Aviation, Inc. ("Defendant'). I continued to work for Defendant, until I left the company in February 2020. I became a supervisor after Mr. Navarro left in September 2018.

2. I am Filipino American. My national origin is the Philippines. My race is Filipino.

3. In 2018, I was a shop steward – for the Union. It was part of my job to communicate to supervisors and managers problems or complaints fuelers had that happened while working.

4. In 2017 Andrew Dodge became a supervisor.

5. Many fuelers had complaints against Dodge in 2017 and 2018. Some of the complaints I received from fuelers were that they missed their meal breaks. I heard that Mr. Dodge would use flashlights against fuelers, acting like he was a security force.

6. It was well known that Dodge slept in the truck, even when the company truck was in the tarmac. This is dangerous but there was no action done with Dodge. Even the general manager knew about this but there was no action.

7. One time, he harassed me as well. He was abusing his authority and tried to get me in trouble because of my use of the company truck. He did this just to power trip over me. He did this to many Filipino fuelers just because he can.

8. I spoke to Ray Navarro about this incident because he was the supervisor during that graveyard shift. Ray assisted me and calmed things down. Ray said he would talk to management.

9. It was only when management was not listening to us that we decided to put together a petition. The first petition, it was Jezen Canlas and myself who worked on it. Rafael Vasquez helped us as well. We got signatures from most of the fuelers.

10. Mr. Navarro also signed the petition but I did not see him ask others to sign, or to pressure others to sign. The truth of the matter, it was easy to have fuelers sign the petition. Most understood that Mr. Dodge was bad for the company.

11. During the union meetings with management that I attended, we complained about

Dodge.  No action was taken by management.

    I declare under penalty of perjury under the laws of the United States and in the State of California that the foregoing is true and correct.

*marc ilagan*       Oct. 31, 2020
Marc Ilagan       Date

**SignRequest**

# Registro de Firma

Document ID: 9VY4Y152

**andrea@liberationlawgroup.com**

| | |
|---|---|
| Nombre del documento: | Declaration of Marc Ilagan.pdf |
| | Función hash de seguridad SHA256: |
| | f1eb93b496666f31b5e16a2d7db277f4871220064c78e5e4c23d1997f8c29768 |
| Enviado el: | 31 de Octubre de 2020 a las 23:34 (UTC) |
| De: | SignRequest <no-reply@signrequest.com> on behalf of (andrea@liberationlawgroup.com) |
| A: | marc_ilagan@yahoo.com |
| Sujeto: | andrea@liberationlawgroup.com le ha enviado una solicitud de firma SignRequest |
| Mensaje: | |

> Dear Mr. Ilagan:
>
> Good afternoon. Please sign where indicated. Should you have questions, please email me at andrea@liberationlawgroup.com. Thank you.
>
> Sincerely,
>
> Andrea Ortiz

| | |
|---|---|
| Dirección IP: | 71.202.210.109 |
| Agente de usuario: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/86.0.4240.111 Safari/537.36 |

**andrea@liberationlawgroup.com**

| | |
|---|---|
| Verificación por correo electrónico: | Verificado por SignRequest |

**marc_ilagan@yahoo.com**

| | |
|---|---|
| Verificación por correo electrónico: | Verificado por SignRequest |
| Texto añadido, página 3: | Oct. 31, 2020 |
| Firma añadida, página 3: | *marc ilagan* |
| Dirección IP: | 12.251.123.98 |
| Agente de usuario: | Mozilla/5.0 (Windows NT 6.1; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/86.0.4240.111 Safari/537.36 |
| Documento firmado: | 31 de Octubre de 2020 a las 23:57 (UTC) |

**000035**