*Exhibit 43*

000124

