UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENALDO NAVARRO,<br><br>        Plaintiff,<br><br>    v.<br><br>MENZIES AVIATION, INC.,<br><br>        Defendant. | Case No. 19-cv-08157-VC<br><br>**ORDER TO RE-FILE**<br><br>Re: Dkt. Nos. 28, 34 |

    No later than 5:00 p.m. Friday, November 20, 2020 Menzies Aviation is ordered to re-file the exhibits and declarations in support of its motion for summary judgment (Dkt. No. 28) and reply brief (Dkt. No. 34) in accordance with the Standing Order for Civil Cases Before Judge Vince Chhabria. ¶ 24.

    **IT IS SO ORDERED.**

Dated: November 17, 2020

VINCE CHHABRIA
United States District Judge