CHRISTOPHER WARD, CA Bar No. 238777
   cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

JASON WU, CA Bar No. 313368
   jwu@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

Attorneys for Defendant MENZIES AVIATION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Renaldo Navarro, | Case No. 3:19-cv-8157 |
| Plaintiff, | **DEFENDANT MENZIES AVIATION, INC.'S APPENDIX OF SUPPORTING EVIDENCE IN SUPPORT OF ITS MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| Menzies Aviation, Inc., DOING BUSINESS AS MENZIES; and DOES 1 through 10, inclusive, | |
| Defendants. | |
| | State Court Action Filed: 10/23/19 |
| | Action Removed: December 16, 2019 |

MENZIES AVIATION, INC.'S APPENDIX OF SUPPORTING EVIDENCE
Case No. 3:19-cv-8157

4842-4031-3294.2

1  Defendant Menzies Aviation, Inc. hereby submits this Appendix of Supporting Evidence
2  ("AOE") with true and correct copies of the exhibits referenced below and attached hereto in support of
3  its Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment.

| Exhibit | Description |
|---|---|
| 1. | Declaration of Tracy Aguilera |
| 2. | Declaration of Christopher Ward |
| 3. | Declaration of John Qually |
| 4. | Declaration of July Macapagal |
| 5. | Declaration of Jayson Manalang |
| 6. | Declaration of Angelo Sadiq |
| 7. | Declaration of Wesley Faatalale |
| 8. | Declaration of Roberto Pangalilangan |
| 9. | Declaration of Efren DeLos Reyes |
| 10. | Declaration of Rex Tosco |
| 11. | Declaration of Modesto Compas |
| 12. | Excerpts from the Deposition Transcript of Plaintiff Renaldo Navarro taken on July 23, 2020 (authenticated in Ward Declaration at p. 2, ¶ 2 [Exhibit 2 to AOE]) |
| 13. | Excerpts from Volume I of the Deposition Transcript of John Qually taken on July 27, 2020 (authenticated in Ward Declaration at p. 2, ¶ 3 [Exhibit 2 to AOE]) |
| 14. | Excerpts from Volume II of the Deposition Transcript of John Qually taken on July 28, 2020 (authenticated in Ward Declaration at p. 2, ¶ 3 [Exhibit 2 to AOE]) |
| 15. | Excerpts from the Deposition Transcript of Tracy Aguilera taken on August 25, 2020 (authenticated in Ward Declaration at p. 2, ¶ 4 [Exhibit 2 to AOE]) |
| 16. | Excerpts from the Deposition Transcript of Raul Vargas taken on August 25, 2020 (authenticated in Ward Declaration at p. 2, ¶ 5 [Exhibit 2 to AOE]) |
| 17. | Excerpts from the Deposition Transcript of Andrew Dodge taken on July 28, 2020 (authenticated in Ward Declaration at pp. 2-3, ¶ 6 [Exhibit 2 to AOE]) |

| Exhibit | Description |
|---|---|
| 18. | Fueling Supervisor Job Description (authenticated in Aguilera Declaration at p. 2, ¶ 3 [Exhibit 1 to AOE]) |
| 19. | Excerpts from the Menzies Aviation California Employee Handbook (authenticated in Aguilera Declaration at p. 2, ¶ 4 [Exhibit 1 to AOE]) |
| 20. | Excerpts from the Menzies Aviation International Code of Conduct (authenticated in Aguilera Declaration at p. 2, ¶ 4 [Exhibit 1 to AOE]) |
| 21. | August 16, 2018 Written Complaint submitted by Andrew Dodge with supporting text message screen shot (authenticated in Plaintiff Deposition Excerpts at 55:18-57:9 [Exhibit 12 to AOE] and at Dodge Deposition Excerpts at 42:9-45:21 [Exhibit 17 to AOE]) |
| 22. | First Petition regarding Andrew Dodge (authenticated in in Plaintiff Deposition Excerpts at 51:24-53:16 [Exhibit 12 to AOE] and Aguilera Deposition Excerpts at 26:10-27:1 [Exhibit 15 to AOE]) |
| 23. | Written Statement prepared by John Qually (authenticated in Qually Declaration at p. 2, ¶ 3 [Exhibit 3 to AOE]) |
| 24. | Statement prepared by Plaintiff and submitted to Menzies (authenticated in Plaintiff Deposition Excerpts at 95:9-98:10 [Exhibit 12 to AOE]) |
| 25. | Fueler Statements submitted to Menzies during investigation (authenticated in Aguilera Declaration at pp. 2-3, ¶ 5 [Exhibit 1 to AOE]) |
| 26. | Email Chain regarding termination decision (authenticated in Aguilera Declaration at p. 3, ¶ 6 [Exhibit 1 to AOE]) |
| 27. | Second Petition regarding Andrew Dodge (authenticated in Plaintiff Deposition Excerpts at 54:5-55:9 [Exhibit 12 to AOE]) |

| Exhibit | Description |
|---|---|
| 28. | Photographic image of what appears to be a letter authored by Rafael Vasquez and dated November 18, 2019 (authenticated in Ward Declaration at p 3, ¶ 7 [Exhibit 2 to AOE]) |
| 29. | Text messages produced by Plaintiff between Plaintiff and "Rafael" (authenticated in Plaintiff Deposition Excerpts at 102:20-103:6 and 104:11-17 [Exhibit 12 to AOE]) |

DATED: October 15, 2020

FOLEY & LARDNER LLP
Christopher Ward
Jason Wu


    */s/ Christopher Ward*
CHRISTOPHER WARD
Attorneys for Defendant MENZIES AVIATION, INC.