# EXHIBIT 1

CHRISTOPHER WARD, CA Bar No. 238777
 cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE: 213.972.4500
FACSIMILE:   213.486.0065

JASON WU, CA Bar No. 313368
 jwu@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE:   415.434.4507

Attorneys for Defendant MENZIES
AVIATION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Renaldo Navarro,<br><br>   Plaintiff,<br><br>vs.<br><br>Menzies Aviation, Inc., DOING BUSINESS AS MENZIES; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 3:19-cv-8157<br><br>**DECLARATION OF TRACY AGUILERA**<br><br>State Court Action Filed: 10/23/19<br><br>Action Removed: December 16, 2019 |

DECLARATION OF TRACY AGUILERA
Case No. 3:19-cv-8157

4819-9098-6958.1

## DECLARATION OF TRACY AGUILERA

I, Tracy Aguilera, declare as follows:

1. I am employed by Menzies Aviation as the Human Resources Manager for the Company's operations at San Francisco International Airport ("SFO"). I have been employed by Menzies in the SFO Human Resources Department since 1997 and have held my current position as Human Resources Manager since March 2010. I have personal knowledge of the facts contained in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. Menzies Aviation has operated at SFO for decades, competing for commercial aviation ground handling contracts with other subcontractors such as Swissport and Aircraft Service International, Inc. ("ASIG"). On February 1, 2017, Menzies Aviation, Inc. completed the acquisition of Aircraft Service International, Inc. from BBA Aviation, and thereafter continued to operate the ASIG business at SFO under the trade name Menzies Aviation. As part of that acquisition, Menzies inherited SFO ASIG employees from BBA Aviation. At the time Menzies completed this acquisition and for many years prior, the Service Employees International Union (the "Union") had represented the non-exempt Fuelers of ASIG, and the SEIU has continued to represent those Fuelers on an uninterrupted basis since the Menzies acquisition of ASIG.

3. One of the positions maintained by ASIG and now Menzies within the Fueling Department, both before and after the Menzies acquisition, is Fueling Supervisor. A true and correct copy of the job description for the Fueling Supervisor position after it was re-branded under the Menzies Aviation trade name is attached hereto as **Exhibit 18**.

4. After Menzies completed the acquisition of ASIG, it adopted and applied the Menzies Aviation employment policies and procedures to all former ASIG employees at SFO, including those in the Fueling Department. Including amongst those policies are Menzies' California Employee Handbook and its international Code of Conduct. A true and correct copy of excerpts of the California Employee Handbook are attached hereto as **Exhibit 19**, and a true and correct copy of excerpts of the Code of Conduct are attached hereto as **Exhibit 20**.

5. In my capacity as Human Resources Manager, my job responsibilities include maintaining as business records all the personnel file and related Human Resources material generated

by Menzies and received by Menzies from other sources. I keep such records in my own files housed within my office, which I keep locked to ensure no unauthorized individuals can access such materials. In the course of an investigation into a petition received by Menzies regarding Andrew Dodge in August 2018, three Menzies employees provided written statements regarding the circumstances of placing their signature on that petition. These statements were prepared by Menzies employees themselves, based on their own personal knowledge, during the August 2018 time period of the investigation. I received the original copies of these three statements, filed them within Renaldo Navarro's personnel file, and retain possession of and control over the originals of these three statements in the ordinary course of my business, just as I do regularly with respect to other investigation and Human Resources/personnel-related materials. True and correct copies of these three statements provided to Menzies are attached hereto as **Exhibit 25**.

6. In addition to the three statements contained within Exhibit 23, as part of the investigation into the petition I referenced above, I exchanged several emails with former SFO Director of Operations Raul Vargas and former SFO Safety Supervisor Kevin Blumberg regarding the process of the investigation and potential outcomes. Following completion of that investigation and the decision to terminate Plaintiff's employment, I personally printed a copy of that email exchange and placed it into Plaintiff's personnel file, and to this day I have continued to retain possession and control over Plaintiff's personnel file and the materials therein, including the email exchange I have just described. A true and correct copy of that email exchange is attached hereto as **Exhibit 26**.

7. Following commencement of this litigation, I received from Menzies' legal counsel copies of a letter appearing to be authored by Union steward Rafael Vazquez and what look like text messages between Plaintiff and Mr. Vasquez. I do not recall ever seeing these documents prior to commencement of this litigation, and Menzies does not have copies of these documents either within Plaintiff's personnel file or any other record.

///
///
///
///

I declare under penalty of perjury under the laws of the States of California, and the laws of the United States, that the foregoing is true and correct.

Executed on October 14, 2020 at Burlingame, California.

_/s/ Tracy Aguilera_
Tracy Aguilera

DECLARATION OF TRACY AGUILERA
Case No. 3:19-cv-8157
-4-

4819-9098-6958.1