# EXHIBIT 2

| | |
|---|---|
| 1 | CHRISTOPHER WARD, CA Bar No. 238777 |
| |    cward@foley.com |
| 2 | **FOLEY & LARDNER LLP** |
| | 555 SOUTH FLOWER STREET, SUITE 3500 |
| 3 | LOS ANGELES, CA 90071-2411 |
| | TELEPHONE:  213.972.4500 |
| 4 | FACSIMILE:   213.486.0065 |
| 5 | JASON WU, CA Bar No. 313368 |
| |    jwu@foley.com |
| 6 | **FOLEY & LARDNER LLP** |
| | 555 CALIFORNIA STREET, SUITE 1700 |
| 7 | SAN FRANCISCO, CA 94104-1520 |
| | TELEPHONE:  415.434.4484 |
| 8 | FACSIMILE:   415.434.4507 |
| 9 | |
| 10 | Attorneys for Defendant MENZIES AVIATION, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Renaldo Navarro, | ) | Case No. 3:19-cv-8157 |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF CHRISTOPHER WARD** |
| vs. | ) | |
| Menzies Aviation, Inc., DOING BUSINESS AS MENZIES; and DOES 1 through 10, inclusive, | ) | |
| | ) | |
| Defendants. | ) | State Court Action Filed:  10/23/19 |
| | ) | |
| | ) | Action Removed:  December 16, 2019 |

# DECLARATION OF CHRISTOPHER WARD

I, Christopher Ward, declare as follows:

1. I am an attorney admitted to practice before all state and federal courts in the State of California, including the United States District Court for the Northern District of California, and a partner at Foley & Lardner LLP, counsel of record for Defendant Menzies Aviation, Inc. I have personal knowledge of the facts contained in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. On July 23, 2020, I took the deposition of Plaintiff Renaldo Navarro. Following that deposition, I received a certified copy of the transcript of that deposition, and I have read, reviewed and maintained a copy of that transcript in connection with this matter. A true and correct copy of excerpts from the transcript of Plaintiff's deposition is attached hereto as **Exhibit 12**.

3. On July 27, 2020, Plaintiff's counsel deposed Menzies' Duty Manager John Qualley for a first time, and on July 28, 2020, Plaintiff's counsel completed the deposition of Mr. Qually. Following those depositions, I received a certified copy of the transcripts of both deposition, and I have read, reviewed and maintained a copy of those transcripts in connection with this matter. A true and correct copy of excerpts from Volume I of the transcript of Mr. Qually's deposition is attached hereto as **Exhibit 13**, and a true and correct copy of excerpts from Volume II of the transcript of Mr. Qually's deposition is attached hereto as **Exhibit 14**.

4. On August 25, 2020, Plaintiff's counsel deposed Menzies' Human Resources Manager Tracy Aguilera. Following that deposition, I received a certified copy of the transcript of the deposition, and I have read, reviewed and maintained a copy of that transcript in connection with this matter. A true and correct copy of excerpts from Ms. Aguilera's deposition is attached hereto as **Exhibit 15**.

5. On August 25, 2020, Plaintiff's counsel deposed Menzies' former SFO Director of Operations Raul Vargas. Following that deposition, I received a certified copy of the transcript of the deposition, and I have read, reviewed and maintained a copy of that transcript in connection with this matter. A true and correct copy of excerpts from Mr. Vargas's deposition is attached hereto as **Exhibit 16**.

6. On July 28, 2020, Plaintiff's counsel deposed Menzies' Fueling Supervisor Andrew

1  Dodge.  Following that deposition, I received a certified copy of the transcript of the deposition, and I
2  have read, reviewed and maintained a copy of that transcript in connection with this matter.  A true and
3  correct copy of excerpts from Mr. Dodge's deposition is attached hereto as **Exhibit 17**.
4     7. On March 17, 2020, Plaintiff's counsel served on me Plaintiff's Fed. R. Civ. P. 26(a)(1)
5  Initial Disclosures, which included a production of 14 total documents.  One of those documents, Bates
6  marked "Renaldo Navarro 000009" appears to be a picture of a letter authored by a Rafael Vasquez.  I
7  had never seen this document prior to receiving Plaintiff's Initial Disclosures production because it was
8  not part of any of the files Menzies Aviation provided me in response to my file requests regarding
9  Plaintiff.  A true and correct copy of "Renaldo Navarro 000009" produced to me by Plaintiff's counsel is
10  attached hereto as **Exhibit 28**.
11     I declare under penalty of perjury under the laws of the States of California and Illinois, and the
12  laws of the United States, that the foregoing is true and correct.
13     Executed on October 15, 2020 at Elmhurst, Illinois.

*/s/ Christopher Ward*
Christopher Ward