# EXHIBIT 4

## DECLARATION OF JULY MACAPAGAL

I, July Macapagal, hereby state and declare as follows:

1.    I am currently employed by Menzies Aviation ("Menzies") at San Francisco International Airport ("SFO"). Currently, my job title at Menzies is Fueling Supervisor, a title that I have held since approximately 2017. Prior to that, I held the title of Fueler with ASIG. I have personal knowledge of the facts contained in this declaration, and if called upon as a witness, I believe that I could and would competently testify to the same facts as stated in this declaration.

2.    I am familiar with Renaldo Navarro. Around August 2018, Mr. Navarro was a Fueling Supervisor for Menzies at SFO.

3.    Around 2018, I learned that there was a petition being circulated regarding Andrew Dodge, another Fueling Supervisor for Menzies at SFO. I had heard that the petition was being circulated to make complaints about Dodge.

4.    I signed the signature page that was being circulated in connection with the petition. By signing it, I believed I was saying that there should be some corrective action to address fuelers' complaints with Dodge. I did not sign the petition with the goal of demoting or removing Dodge. I never saw or read the petition itself. I only saw and signed the signature page. I also never asked any other Fueler to sign the petition nor otherwise took steps to support it beyond my own signature, as I thought it would be inappropriate for me, in my role as Supervisor, to do so.

5.    I knew that some of the fuelers I supervised had problems with how Dodge ran his operation. Because of that, I felt pressure to sign the signature page so that I could back up and support my fuelers. I also felt pressured to sign the signature page because Navarro had trained me when I was a Fueler, and I felt like I needed to back him up because of what he had done for me. I reported to Menzies in 2018 when asked that I felt pressured to sign the petition.

6.    My best recollection, which I cannot say with complete certainty, is that Navarro was one of the individuals driving the petition. I believe this because Navarro was constantly

complaining about Dodge behind his back. Navarro and Dodge used to get along well, but after Dodge was promoted to Fueling Supervisor, Navarro and Dodge would constantly get into arguments. In my opinion, both of their behaviors were childish but it did appear to me that Navarro had it out for Dodge and was regularly taking actions that undermined Dodge.

7.     I informed Tracy Aguilera, who works in Menzies' Human Resources Department, that I felt pressure to sign the signature page as noted above.

8.     I did not have any problems with Dodge abusing his authority or harassing me, and I am not aware of Dodge abusing his authority towards fuelers or harassing fuelers. I have never complained to Menzies or anyone else about harassment from Dodge. I am also not aware of any other Fueler expressing concerns about alleged harassment from Dodge

9.     I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed this __17__ th day of September 2020, at San Francisco, California.

_____
July Macapagat