# EXHIBIT 5

# DECLARATION OF JAYSON MANALANG

I, Jayson Manalang, hereby state and declare as follows:

1. I am currently employed by Menzies Aviation ("Menzies") at San Francisco International Airport ("SFO"). Currently, my job title at Menzies is Fueler, a title that I have held since 1997 (prior to 2017, I held this title with ASIG). I have personal knowledge of the facts contained in this declaration, and if called upon as a witness, I believe that I could and would competently testify to the same facts as stated in this declaration.

2. I am familiar with Renaldo Navarro. Around 2018, Mr. Navarro was a Fueling Supervisor for Menzies at SFO.

3. When Mr. Navarro was employed by Menzies, Mr. Navarro approached me with a petition while I was on duty at Menzies and asked me to sign it. He told me it was a petition against Andrew Dodge to teach him a lesson. I told Mr. Navarro, no, I did not want to sign the petition. I ignored him and made myself busy doing my job so he could not ask me to sign again. I did not want to sign the petition, because I did not want to get involved or get in trouble, because Mr. Navarro and Mr. Dodge were both supervisors.

4. After that, Mr. Navarro asked me one or two more times to sign the petition again. The last time Mr. Navarro asked me, I signed the petition. I did not want to sign the petition. I only signed the petition so that Mr. Navarro would stop bothering me.

5. I felt pressured by Mr. Navarro to sign the petition. I felt pressured because Mr. Navarro was a supervisor, and I was worried he would give me a hard time for not signing the petition.

6. I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

4849-9412-2698.1

Executed this 4th day of September 2020, at San Francisco, California.

[Jayson Manalang]