# EXHIBIT 6

# DECLARATION OF ANGELO SADIQ

I, Angelo Sadiq, hereby state and declare as follows:

1. I am currently employed by Menzies Aviation ("Menzies") at San Francisco International Airport ("SFO"), and have worked for Menzies at SFO since approximately August 2017. In 2018, my job title at Menzies was Fueler. I have personal knowledge of the facts contained in this declaration, and if called upon as a witness, I believe that I could and would competently testify to the same facts as stated in this declaration.

2. I am familiar with Renaldo Navarro. Around 2018, Mr. Navarro was a Fueling Supervisor for Menzies at SFO.

3. In 2018, Mr. Navarro approached me with a paper that had the several signatures on it, and he asked me to sign it. Mr. Navarro did not explain to me what I was signing. However, I had previously seen many similar signature pages before relating to the company, such as safety protocol documents, that fuelers would have to sign. I assumed that Mr. Navarro was collecting signatures for a similar reason, and signed the paper without asking Mr. Navarro what it was for.

4. Later the same day, I learned from other fuelers that the signatures were being used as part of a petition against Andrew Dodge.

5. If I had known that the signatures were being used as part of a petition against Andrew Dodge, I would not have signed it, because I did not want to get involved in that.

6. Later that day, I spoke with Isiah Banks, another fueler, and he said he also signed a signature page without knowing what it was for. I informed Mr. Banks that I had learned from other fuelers that the signatures were being used as part of a petition against Andrew Dodge. Mr. Banks also stated that if he had known this beforehand, he would not have signed the signature page.

7. I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign

it.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed this 4th day of September 2020, at San Francisco, California.

Angelo Sadiq