# EXHIBIT 7

# DECLARATION OF WESLEY FAATALALE

I, Wesley Faatalale, hereby state and declare as follows:

1. Around August 2018, I was employed by Menzies Aviation ("Menzies") at San Francisco International Airport ("SFO"). My job title at Menzies at that time was Fueler. I have personal knowledge of the facts contained in this declaration, and if called upon as a witness, I believe that I could and would competently testify to the same facts as stated in this declaration.

2. I am familiar with Renaldo Navarro. At the time around August 2018, Mr. Navarro was a Fueling Supervisor for Menzies at SFO.

3. In 2018, Mr. Navarro approached me with a petition while I was waiting to clock out at Menzies and asked me to sign the petition. I reviewed the petition and saw that it was a petition to remove Andrew Dodge from his job at Menzies. I did not feel comfortable signing the petition, and I told Mr. Navarro that I would not sign it.

4. The next day, Mr. Navarro approached me again with the petition while I was waiting to clock out. This time, instead of asking me, he told me to look at the petition and sign it.

5. Again, I did not want to sign the petition and did not feel comfortable signing the petition that Mr. Navarro presented to me. However, I felt pressured by Mr. Navarro to sign the petition because he was approaching me for a second time, and he was telling me to sign the petition more sternly this time. I also felt pressured by Mr. Navarro to sign the petition because he was a Fueling Supervisor, and I was a Fueler.

6. I also saw Mr. Navarro approach approximately 10-15 other Fuelers with the petition. It looked to me that Mr. Navarro was taking the same approach with those individuals by instructing them to sign the petition. Approximately 5-10 of those Fuelers stated they would not sign the petition. Sometime after, Mr. Navarro again approached the 5-10 Fuelers who stated they would not sign the petition, and asked them to sign the petition again. I do not know whether those 5-10 Fuelers signed.

7. I also spoke with three Fuelers at the time, James Johnson, Rohit Kumar, and

Malik, regarding the petition that Mr. Navarro asked me to sign. All three of them stated that Mr. Navarro asked them to sign a petition. All three of them did not want to sign the petition.

8. I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed this 4th day of September 2020, at San Francisco, California.

_____
Wesley Faatalale