# EXHIBIT 8

# DECLARATION OF ROBERTO PANGALILINGAN

I, Roberto Pangalilingan, hereby state and declare as follows:

1. I am currently employed by Menzies Aviation ("Menzies") at San Francisco International Airport ("SFO"). Currently, my job title at Menzies is Fueler, a title that I have held for approximately 10 years (prior to 2017, I held this title with ASIG). I have personal knowledge of the facts contained in this declaration, and if called upon as a witness, I believe that I could and would competently testify to the same facts as stated in this declaration.

2. Some time ago, another fueler named Jezen Canlas approached me with a petition regarding Andrew Dodge. I read the petition and signed it. My only reason for signing it was based on operational concerns and not Dodge's manner of communicating or working with Fuelers.

3. I like Dodge and his manner of communicating with Fuelers and others, but sometimes he does things differently from other supervisors. Sometimes, he sets up the flights too close, so I have heard that Fuelers have to skip their breaks. I personally never had a problem with breaks, but I heard about other Fuelers not getting breaks.

4. I did not have any problems with Dodge abusing his authority or harassing me and have never complained to Menzies or anyone else about harassment from Dodge. I am also not aware of any other Fueler expressing concerns about alleged harassment from Dodge.

5. I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed this 16th day of September 2020, at San Francisco, California.

_____
Roberto Pangalilingan