# EXHIBIT 10

## DECLARATION OF REX TOSCO

I, Rex Tosco, hereby state and declare as follows:

1. I am currently employed by Menzies Aviation ("Menzies") at San Francisco International Airport ("SFO"). Currently, my job title at Menzies is Fueler, a title that I have held for approximately 25 years (prior to 2017, I held this title with ASIG). I have personal knowledge of the facts contained in this declaration, and if called upon as a witness, I believe that I could and would competently testify to the same facts as stated in this declaration.

2. A couple of years ago, someone approached me with a signature page and asked me to sign it. I do not remember exactly who it was, but I remember feeling that I should sign the signature page because the person presenting it to me was asking me to do so and I felt that I needed to sign it.

3. There was no letter or anything else with the signature page. I just saw a signature page by itself. Nobody explained to me what the signature was for.

4. I signed the signature page so that nobody would get mad even though I did not know what it was that I was signing. I thought it was okay because other people signed it too.

5. I later learned that the signature was to get someone out or fired at Menzies. I did not know this before signing the signature page.

6. I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed this __16__ th day of September 2020, at San Francisco, California.

_____
Rex Tosco

4843-0276-4234.2