# EXHIBIT 11

## DECLARATION OF MODESTO COMPAS

I, Modesto Compas, hereby state and declare as follows:

1. I am currently employed by Menzies Aviation ("Menzies") at San Francisco International Airport ("SFO"). Currently, my job title at Menzies is Fueler, a title that I have held for approximately 5 years (prior to 2017, I held this title with ASIG). I have personal knowledge of the facts contained in this declaration, and if called upon as a witness, I believe that I could and would competently testify to the same facts as stated in this declaration.

2. I am familiar with Renaldo Navarro. Around August 2018, Mr. Navarro was a Fueling Supervisor for Menzies at SFO.

3. Around 2018, I was approached by Mr. Navarro with a petition regarding Andrew Dodge. Mr. Navarro asked me to sign the petition and I did so. My only reason for signing it was based on operational concerns and not Dodge's manner of communicating or working with Fuelers.

4. I had heard complaints from some other Fuelers that they were not getting breaks when working with Dodge because of the way he set up flights. I never personally had any such problems with Dodge however.

5. Also, sometimes, when I called Andrew, he would not answer the phone. I heard that Andrew has sleep apnea, which may be why he did not answer the phone.

6. I did not have any problems with Dodge abusing his authority or harassing me and have never complained to Menzies or anyone else about harassment from Dodge. I am also not aware of any other Fueler expressing concerns about alleged harassment from Dodge.

7. I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed this 30th day of September 2020, at San Francisco, California.

_____
Modesto Compas