# EXHIBIT 18



# Job Description, Fueling Supervisor (North America)

**Department**: Los Angeles-Fueling
**Reports To:** Manager
**FLSA Status:** Non-Exempt (Hourly)

**Job Purpose Summary:** Supervises and coordinates air carrier fueling and service operations.

## Primary Accountabilities and Duties:

- Comfortably and continuously lift/move 70 lbs.
- Duties include, but are not limited to;
- Ensuring the effective operation of the air carrier fueling function;
- Issuing written and oral instructions;
- Ensuring workforce adherence to safety procedures;
- Conduct investigations of irregular operations, such as accidents, injuries and/or delay, and prepare comprehensive reports on same;
- Recommending manpower requirements;
- Maintaining harmony among workers and resolving grievances;
- Performing or assisting subordinates in performing duties;
- Ensuring disciplinary procedures are conducted in accordance with e in a fair, timely, and consistent manner;
- Uphold the company's commitment to Equal Employment Opportunity; Carrying out supervisory responsibilities in accordance with the organization's policies and applicable laws;
- Ability to comply with attendance/tardiness standards.

## Essential Skills and Qualifications:

- Must be at least 18 years of age.
- 1 year certificate from a college or technical school 6 months to 1 year job related experience preferred
- Valid Driver's License Possess/Maintain a valid Driver's License and other government agency required identification/seals or authorizations
- Must be able to speak, read, and write in English
- Ability to perform basic math calculations
- Must pass pre-employment drug test
- Must be available and flexible to work variable shifts including weekends and holidays Work is done indoors and outdoors.
- Must be comfortable working in all weather conditions with exposure to loud noises
- Able to routinely lift, push and pull up to 70 lbs.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

## Employee Acknowledgement

I, _____, acknowledge review of this job description. I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____  Date: _____

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF