# EXHIBIT 20



# John Menzies plc
## Code of Conduct
MENZIES_000332

# CONTENTS

| | |
|---|---|
| Our Code | 4 |
| Everyone, Everywhere | 5 |
| Key Principles | 6 |
| Our People | 8 |
| Our Integrity | 12 |
| Our Assets | 18 |
| HSSE & Risk Management | 24 |
| What Should I Do? | 28 |
| Reporting A Violation Of Our Code | 30 |
| Guidance For Managers | 32 |



**Welcome** to the new Code [of conduct for] John Menzies plc. This is ou[r guide to doing the] right thing, at the right time [...]. Our Code provides a set of [values] to guide us all in our decis[ions and] the behaviour expected of [us].

Our Code applies to ever[yone at] every level within our busi[ness ...] it underpins is fundament[al to] the Group. It is critical tha[t ...] to understand and comp[ly with] the Group's policies more [...] everyone to conduct busi[ness with] integrity and refrain fro[m ...] could harm our reputati[on ...] Failure to do so puts our bu[siness at risk].

We operate in over 35 cou[ntries ...] conflict with this Code. If [there are] local practices that violate[d ...] concerns about someone[...]

No code of conduct can [...] unsure about a decision y[ou ...] Compliance.

Please have the courage [to ...] may, breach our Code. Y[ou ...] against anyone raising con[cerns ...]

Thank you for your co-oper[ation].

John Geddes

# OUR CODE

Our Code of Conduct details the values, ethics and behaviours we expect and promote to help guide our People make the correct choices in a consistent and ethical manner, whatever we do and wherever we do it.

This Code is our roadmap and compass for doing business the right way.

Whether you are new to the Group or have been with us for many years, it is important you become familiar with this Code, understand it, and apply it in all that you do.

# EVERYONE, 

Our Group operates in over
bound together by shared g

Our Code applies to every
Group companies (includi
interest). There are no exc

You have a responsibility f



**Board** – The Board of Directors of the Company is ultimately responsible to the Company's stakeholders for all policies and activities of the Group and the approval of the Board is required prior to the adoption of any material policy or the taking of any significant action. Any changes to the divisional or legal structure of the Group must also be approved by the Board.

Details of the Board and its Committees can be found on our website at: http://www.johnmenziesplc.com/investor-centre/corporate-governance/our-committees/.

**HELPFUL RESOURCES**

MENZIES_000334

# OUR PEOPLE

## OUR PRINCIPLES

Our People are our most highly-valued resource: our operational performance and delivery of shareholder value are dependent upon attracting and retaining a highly-skilled, motivated and talented employee base. We are committed to having a diverse workforce and creating a workplace that promotes mutual trust and respect. Everyone should feel they are treated with dignity and empowered to reach their full potential.

Employees with any concerns or issues are encouraged to discuss these with their Line Manager or an HR representative to ensure prompt resolution.

## OUR EXPECTATIONS

### A WORKPLACE FREE FROM HARASSMENT AND INTIMIDATION

We all have a right to work free from intimidation and harassment and in an environment where we feel safe and comfortable. Any form of abuse or harassment is strictly forbidden and this includes actions that might reasonably be considered to be offensive or discriminatory.

We expect all employees to treat each other with courtesy, dignity and respect.

› Help create a work environment free from harassment and intimidation.
› Report any incidents to your Line Manager or HR representative.

### DIVERSITY AND INCLUSION

We actively promote tolerance and diversity at every level of our business. As a global organisation, we aim for a workforce that is representative of the societies in which we operate.

As such, we are committed to providing equal opportunities and avoiding any form of unfair discrimination in the workplace. We seek to create an environment of inclusion and acceptance.

### EQUAL OPPORTUNITIES

Our policies and procedures for recruitment, training, promotion and reward promote equality of opportunity, regardless of background and personal circumstances.

› All work-related decisions are based on merit, not on race, colour, national origin, religion, gender, age, sexual orientation, gender identity, marital status, disability or any other characteristic protected by applicable laws.
› Offensive remarks, messages or jokes and inappropriate behaviour are never acceptable and will not be tolerated.



MENZIES_000336







## How to contact us:
If, having read this Code of Conduct, you require further information, you should contact:

📍 Group Compliance
John Menzies plc
2 Lochside Avenue
Edinburgh
EH12 9DJ

📞 +44 (0)131 225 8555

✉ compliance@johnmenziesplc.com

MENZIES_000350