# EXHIBIT 21

It has been very hard latley to work with co-worker Ray Navarow he dhas been very rude to me by telling me that the company dont need me, that I'm a bad Supervisor, and all I do is cause delays. I try to Ignore him but he follows me around & loves to make a big scene in front of other workers, then that's were I get upset and tell him to Stop and go do his Job. but he keeps following me making hand gestures but also saying he will turn in a petition against me. One more thing he says I steal time when I'm on AOA wording making sure the transition goes well I'm off at 11 but sometimes $ stuff happens on the AOA before so I Stay to help & Solve, Ray shows up at 5:30 or 9pm when Ronil & Jeff told him not to come early anymore to come in at his time.

Andrew Dodge 8-16-18

MENZIES_000089

Mon, Aug 13, 2:24 PM

Here it is again about the petition but this time it's from his own words about it he causing a lot of issues with the guys again

 calling out

Ray Navarro

 Im not feeling well

Who is the bad supervisor maybe you because everytime you are the supervisor more people call in see right now 4 guys call in and remenber all people sign to that petition agains you but i never submit it yet

All the delay to your