# EXHIBIT 22

To      :       Menzies Management

**Sir/ madam,**

      We the fuelers on Menzies 130 side would like to make a petition against Andrew Dodge. The way he supervised is very unprofessional when he run the operation or supervised, people are not taken their breaks it's because the way he set up the flights, and he always blaming the people there's a delay or always saying lack of man power and trucks issues. The truth is he doesn't know how to run the show, we also addressed the problem to the higher position managers (Nicco, John and renil) as usauls nothing happened, looks like they always covering his mistake or maybe these managers don't know anything about fueling also like Andrew Dodge lack of experience about fueling.

      We think this is the right time to broadcast the problem in this company. We are hoping this problem will be address.

Sincerely Yours,

Menzies fueler

| # | Name | Signature |
|---|------|-----------|
| 1 | Mario Caballero | /s/ |
| 2 | Jeney Canlas | /s/ |
| 3 | Lorenzo Samonte | /s/ |
| 4 | William Rodriguez | /s/ |
| 5 | Marc Hagan | /s/ |
| 6 | Juan Dela-cruz | /s/ |
| 7 | Antonio Williams | /s/ |
| 8 | Malik Wilson | /s/ |
| 9 | Ryan A. Harris | /s/ |
| 10 | R Pangalilingan | /s/ |
| 11 | Mary Centeno | /s/ |
| 12 | Thomas Brown | /s/ |
| 13 | Modesto Compas | /s/ |
| 14 | (signature) | /s/ |
| 15 | Ricardo Almeida | /s/ |
| 16 | Ronaldo Navarro | /s/ |
| 17 | Jayson Manalang | /s/ |
| 18 | Christopher Lawrence | /s/ |
| 19 | Roy Tosco | /s/ |
| 20 | Arnold Salm | /s/ |
| 21 | (signature) | /s/ |
| 22 | Delos Reyes | /s/ |
| 23 | A. Verano | /s/ |
| 24 | R C Manalo | /s/ |
| 25 | Wesley Fantalsle | /s/ |

MENZIES_000153

|    | name | signature |
|----|------|-----------|
| 1  | JULY MACAPAGAL | *[signature]* |
| 2  |      |           |
| 3  |      |           |
| 4  |      |           |
| 5  |      |           |
| 6  |      |           |
| 7  |      |           |
| 8  |      |           |
| 9  |      |           |
| 10 |      |           |
| 11 |      |           |
| 12 |      |           |
| 13 |      |           |
| 14 |      |           |
| 15 |      |           |
| 16 |      |           |
| 17 |      |           |
| 18 |      |           |
| 19 |      |           |
| 20 |      |           |
| 21 |      |           |
| 22 |      |           |
| 23 |      |           |
| 24 |      |           |
| 25 |      |           |

MENZIES_000154