# EXHIBIT 23

On 8/23/2018 I John Qually served the suspension document to Reynaldo Navarro. He looked it over for a few minutes and then I asked him if he was going to sign it. He said he would not. At that time, I put refused to sign and I signed the document. Later after Tevita Tokataha arrived and working on his set up Ray was complaining why he was being suspended instead of Andrew. He showed me a picture of Andrew sleeping in the truck and said that long time back Andrew was stealing time or sleeping on the job and nothing was done with that. As far as the petition he said that all the guys that signed it are all adults and can read what it's all about before signing it and making it sound like they did so of their own free will. Just before he left he was saying that he hopes that he does get terminated so he can go to his Lawyer and file a suit against the company for being biased or harassment and get 2 years pay like he did with Swissport.

    John Qually