# EXHIBIT 24

Some people working in Mensis as a fueller on 130 sides have always complained to Andrew. They often call him but he does not reply to the cellphone. if there is a problem. we keep calling him and he is sleeping. so everyone is reporting to me and there is one hour of them looking at andrew he is asleep as to why the fueller took a picture of him and send it to me.if andrews hours of duty they always have a delay and the fueller ask him about the airline complain that they always ask who is the supervisor. The fueller said it's Andrew and they just shaking their head and they said thats why its delay again.if the fueller tell Andrew he said dont worry about it. I'm just wondering why you suspended me because of helping the people and my concern in this company .If this is the benefits for the sake of my concern .I will not intervene again just do and focus my job

RenaldoNavarro 000001