# EXHIBIT 25

On the morning of 08/17/2018, I signed a piece of paper to which i was not fully aware of the contents listed there in. My normal state of mind when arriving to work, is not always fully aware of all things outside of work related issues. In regards to Menzies aviation personel, I wish to remain courteous and respectfully. I do not fill enticely comfortable with my signature on the above mentioned paper work, after learning the full discorse of it's contents. Rest assured, I will take all steps neccessary to make sure that such a situation involving myself will not occore again.

xxxx

ISIAH BANKS

MENZIES 000087

Renaldo Navarro had me
sign the papers without fully
explaining to me what it was for
and I feel really uncomfortable
Ken being put in that position and
I disagree 100% with what
I was told to sign on.

CHRISTOPHER LAWRENCE

MENZIES_000086

Hi, on August 17 I signed a list. I did not know this list is a petition to remove Supervisor Andrew Dodge from his position. I do not want Supervisor Andrew Dodge to loose his position. Please remove my name from that list. Also, I think that petition is illegal and that it goes against Menzies Companie policy.

Thank you

Mario Caballero Salazar

MENZIES_000100