# EXHIBIT 26

# Tracy Aguilera

**From:** Raul Vargas
**Sent:** Wednesday, August 29, 2018 5:01 PM
**To:** Tracy Aguilera
**Cc:** Talin Bazerkania; Kevin Brown
**Subject:** RE: Reynaldo Navarro

Hello Tracy,
Based in your email bellow, where you mention that Raynaldo Navarro, as a member of the management team, was soliciting signatures and intimidating Employees to sign a petition. Please proceed with the termination of Reynaldo Navarro.
We cannot allow our management team to harass our people in any way.

There is another supervisor involved in this petition letter. Could you also open an investigation for July Magapagal.

Best Regards


Raul Vargas
Director | Operations | San Francisco | Menzies Aviation

M +1 415 290 4060 | www.menziesaviation.com




-----Original Message-----
From: Tracy Aguilera
Sent: Wednesday, August 29, 2018 4:04 PM
To: Raul Vargas <Raul.Vargas@menziesaviation.com>
Cc: Talin Bazerkania <talin.bazerkania@menziesaviation.com>; Kevin Blumberg <kevin.blumberg@menziesaviation.com>
Subject: Reynaldo Navarro

Raul,

Please see My documented findings below that I originally sent and Kevin statement. I have also attached the statements from the Employees and the petition.

I can only make a recommendation, the final decision is yours.

I cannot have the meeting with Rey at 4:30 today without a decision.

Kind Regards,

Tracy

Tracy M. Aguilera
Human Resource Manager | Menzies Aviation Inc. I San Francisco

1

MENZIES_000197

1601 Bayshore Highway | Suite 159 | Burlingame, CA 94010 | USA
M: (650) 697-7260  F: (650) 697-7229
Tracy.aguilera@menziesaviation.com

NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC §§2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it

-----Original Message-----
From: Kevin Blumberg
Sent: Wednesday, August 29, 2018 3:58 PM
To: Tracy Aguilera <tracy.aguilera@menziesaviation.com>
Subject: RE: Reynaldo Navarro

Tracy,

Based on the information provided via statement and conversation with employee Reynaldo Navarro, it has been found that there was unprofessional behavior by a supervisor.  The supervisor (Reynaldo Navarro) was actively soliciting signatures from employees in an effort to petition against having Andrew Dodge as a Supervisor.  Several employees indicated in statements that they were told to sign a document but were not advised what the document was.  Employees followed the instructions of their supervisor to avoid confrontation.

Kevin Blumberg
Safety and Security Manager | Menzies Aviation | San Francisco

M: +1 650 490 0040 | www.menziesaviation.com

NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC §§2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it

-----Original Message-----
From: Raul Vargas
Sent: Wednesday, August 29, 2018 2:30 PM
To: Tracy Aguilera
Subject: RE: Reynaldo Navarro

Hello Tracy,
Could you please explain this recommendation.

Regards

Raul Vargas

2

MENZIES_000198

Director | Operations | San Francisco | Menzies Aviation

M +1 415 290 4060 | www.menziesaviation.com


-----Original Message-----
From: Tracy Aguilera
Sent: Tuesday, August 28, 2018 4:27 PM
To: Raul Vargas <Raul.Vargas@menziesaviation.com>
Subject: Reynaldo Navarro

Raul,

After reviewing the case with my HR Director, our recommendation is not to terminate the employee at this time. However, since this is just a recommendation, please advise if you still would like to move forward with the termination

Kind Regards,

Tracy

Tracy M. Aguilera
Human Resource Manager | Menzies Aviation Inc. I San Francisco
1601 Bayshore Highway | Suite 159 | Burlingame, CA 94010 | USA
M: (650) 697-7260   F: (650) 697-7229
Tracy.aguilera@menziesaviation.com


NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC §§2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it


He is the Fueling Supervisor going around and having Employee's sign a petition to have another Supervisor, Andrew Dodge removed from the Operation. I had heard about this from Employee but no one could tell me who generated it until I seen the text message Rey sent to Andrew.

Then Charles from the Union called and said Management was trying to get their Members to sign a petition and make statements.

Kind Regards,

Tracy

Tracy M. Aguilera
Human Resource Manager | Menzies Aviation Inc. I San Francisco
1601 Bayshore Highway | Suite 159 | Burlingame, CA 94010 | USA

MENZIES_000199

M: (650) 697-7260  F: (650) 697-7229
Tracy.aguilera@menziesaviation.com


> On Aug 27, 2018, at 5:11 PM, Tracy Aguilera <tracy.aguilera@menziesaviation.com> wrote:
>
> Talin,
>
> I have attached documents from the investigation of Reynaldo Navarro(Fuel Supervisor non-Union):
>
> 8/23/2018 John Qually, Operations Manager Fueling, statement when suspending Reynaldo for "Code of Conduct".. However, before Reynaldo walked out of the meeting, he specifically said, to terminate him, so he could go to his lawyer and win 2 years of pay like he did with Swissport.
>
> 8/20/2018 10:00 AM Reynaldo did not show up for the meeting in HR
>
> Copy of the Petition that Reynaldo was having Union Fuelers sign, trying to get Andrew Dodge removed (2 Supervisors signed it, Reynaldo Navarro & July Magpantay.)
>
> Written complaint from Andrew Dodge
>
> Copy of Text Message from Rey to Andrew trying to hold the petition over Andrew
>
> Copy of two statements from Fuelers, Isiah Banks & Christopher Lawrence stating they did not feel comfortable signing the petition, but did
>
> Approx. 2 weeks prior, I received a call from Charles, Union Rep. stating that someone was forcing the Fuelers to sign a petition. I asked him who and for a copy, however he has not called back
>
> Now today, 10/27/2018 Raul Vargas receives the same petition from Rafael Martinez, no signature just wanting Andrew removed- I did not attached it to this email
>
> It is not appropriate for a member of the Management team to solicited signatures or try and intimidate Employees to sign a petition.
>
> ADR on File & Signed.
>
> Please advise as Reynaldo will be in tomorrow at 10:00AM.
>
> Kind Regards,
>
> Tracy
>
> Tracy M. Aguilera
> Human Resource Manager | Menzies Aviation Inc. I San Francisco
> 1601 Bayshore Highway | Suite 159 | Burlingame, CA 94010 | USA
> M: (650) 697-7260  F: (650) 697-7229
> Tracy.aguilera@menziesaviation.com
>

MENZIES_000200

> [cid:image002.jpg@01D21B33.80386FB0]<http://www.menziesaviation.com/>
>
>
> NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC §§2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it
>
>
> <2018_08_27_16_19_20.pdf>
> <image001.jpg>

MENZIES_000201