# EXHIBIT 27

We the fuelers on Menzies 130 side would like to make a petition against Andrew Dodge.

The way he supervises is very unprofessional. When Andrew is in charge of running the operation or supervises people, he will not provide people with their rest and lunch breaks, due to a poor flight set up.

Andrew always blames the people if there is a delay and lies and places blame on lack of man power or hydrant truck issues. The truth is that Andrew does not know how to run the operation.

We have tried to address these issues with upper management, but this issue has never been addressed by management and it continues.

Andrews lack of knowledge and experience of the fueling operation  on the 130 continues to hurt both the employees and the company Menzies Aviation. We are asking that the company management resolve this issue.
We the fuelers would like Andrew Dodge demoted from supervisor at the 130 side or removed from the 130 operation side.

| | NAME | SIGNATURE |
|---|---|---|
| 1 | | |
| 2 | M. Compas | |
| 3 | J. Chin | |
| 4 | A. Verano | |
| 5 | j Manalang | |
| 6 | Anonymous | XXX |
| 7 | Jose Mata | |
| 8 | P CHANALO | |
| 9 | L SAMONTE | |
| 10 | J. CANLAS | |
| 11 | Rohit Kumar | |
| 12 | Wesley Fantalale | |
| 13 | Marcie wilson | M wilson |
| 14 | WILLIAM RODRIGUEZ | |
| 15 | ANASTACIO MANUEL | |
| 16 | Reyna Bruss | |
| 17 | Mark Cantin | |
| 18 | RAMON SANTOS | |
| 19 | Ricardo Almelda | |
| 20 | REX TOSCO | |
| 21 | Patrick Moran | |

| 22 | SPANGALILINGAN | |
| 23 | E. DELOS REYES | |
| 24 | Marc Ilagan | |
| 25 | Matthew Sage | |
| 26 | ALMODOVA CRUZ | |
| 27 | | |
| 28 | RAFAEL VASQUEZ | |
| 29 | | |
| 30 | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

RenaldoNavarro 000007