# EXHIBIT 29





Rafael 〉

To whom it may concern,

My name is Rafael Vasquez I am an SEIU Union Shop Steward for Menzies Aviation at SFO International Airport

On September the 6, 2018 I was asked by the Menzies Aviation Fuelers on 130 side to write up a Petition on behalf of the Fuelers on 130 side vs Andrew Dodge.

The petition was written out and signed by the Fuelers on 130 side of the SFO Team.

The petition was then officially turned into the SEIU Union Hall. In Addition a copy of the Petition against Supervisor Andrew Dodge was also turned





iMessage





Rafael >

Petition against Supervisor
Andrew Dodge was also turned
into the Menzies Aviation
Fueling Director Raul Vargas.

There have been two separate
Petitions turned into Menzies
Aviation Fueling Department
Director Raul Vargas.

To date there has been no
action taken by the Menzies
Aviation Management Team to
address the Petitions to have
Mr. Andrew Dodge demoted
from his Supervisory role at the
130 side.

I have spoken to The Menzies
Aviation  Fueling Director Raul
Vargas on three separate
occasions regarding Mr.
Andrew Dodge, who
continuous to abuse his
authority and at times





iMessage



Rafael ›

address the Petitions to have Mr. Andrew Dodge demoted from his Supervisory role at the 130 side.

I have spoken to The Menzies Aviation  Fueling Director Raul Vargas on three separate occasions regarding Mr. Andrew Dodge, who continuous to abuse his authority and at times harass  Fuelers under his charge.

If there is any further information that I may be able to provide please feel free to contact me at (510) 715-0014 .

Thank you,

Rafael Vasquez

iMessage