# EXHIBIT 45

CHRISTOPHER WARD, CA Bar No. 238777
   cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE:  213.972.4500
FACSIMILE:   213.486.0065

JASON WU, CA Bar No. 313368
   jwu@foley.com
SARA ALEXIS LEVINE ABARBANEL, CA Bar No. 324045
   sabarbanel@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE:  415.434.4484
FACSIMILE:   415.434.4507

Attorneys for Defendant MENZIES
AVIATION, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Renaldo Navarro, | Case No. 3:19-cv-8157 |
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF CHRISTOPHER WARD** |
| vs. | |
| Menzies Aviation, Inc., DOING BUSINESS AS MENZIES; and DOES 1 through 10, inclusive, | |
| Defendants. | State Court Action Filed:  10/23/19 |
| | Action Removed:  December 16, 2019 |

4840-7026-6833.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>SUPPLEMENTAL DECLARATION OF CHRISTOPHER WARD</u>

I, Christopher Ward, declare as follows:

1.      I am an attorney admitted to practice before all state and federal courts in the State of California, including the United States District Court for the Northern District of California, and a partner at Foley & Lardner LLP, counsel of record for Defendant Menzies Aviation, Inc.  I have personal knowledge of the facts contained in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2.      On March 17, 2020, Plaintiff's counsel served on me Plaintiff's Fed. R. Civ. P. 26(a)(1) Initial Disclosures.  A true and correct copy of Plaintiff's Initial Disclosures produced to me by Plaintiff's counsel is attached hereto as **Exhibit 46**.

3.      On July 27, 2020, Plaintiff's counsel deposed Menzies' Duty Manager John Qualley for a first time, and on July 28, 2020, Plaintiff's counsel completed the deposition of Mr. Qually.  Following those depositions, in addition to receiving certified copies of the transcripts of both depositions, I received condensed copies of the transcripts of both depositions, and I have read, reviewed and maintained a copy of those transcripts in connection with this matter.  A true and correct copy of Volume I of the condensed transcript of Mr. Qually's deposition is attached hereto as **Exhibit 47**, and a true and correct copy of Volume II of the condensed transcript of Mr. Qually's deposition is attached hereto as **Exhibit 48**.  Because Exhibits 47 and 48 are offered in their entirety to show Plaintiff's counsel never inquired about certain allegations made by Plaintiff regarding Andrew Dodge, making the entire deposition transcripts relevant, I am providing the condensed transcripts to reduce the amount of material filed with the Court.

4.      On August 25, 2020, Plaintiff's counsel deposed Menzies' Human Resources Manager Tracy Aguilera.  Following that deposition, in addition to receiving a certified copy of the transcript of that deposition, I received a condensed copy of the transcript of the deposition, and I have read, reviewed and maintained a copy of those transcripts in connection with this matter.  A true and correct copy of the condensed transcript of Ms. Aguilera's deposition is attached hereto as **Exhibit 49**.  Because Exhibit 49 is offered in its entirety to show Plaintiff's counsel never inquired about certain allegations made by Plaintiff regarding Andrew Dodge, making the entire deposition transcript relevant, I am

providing the condensed transcript to reduce the amount of material filed with the Court.

5.      On August 25, 2020, Plaintiff's counsel deposed Menzies' former SFO Director of Operations Raul Vargas.  Following that deposition, in addition to receiving a certified copy of the transcript of that deposition, I received a condensed copy of the transcript of the deposition, and I have read, reviewed and maintained a copy of those transcripts in connection with this matter.  A true and correct copy of the condensed transcript of Mr. Vargas's deposition is attached hereto as **Exhibit 50**. Because Exhibit 50 is offered in its entirety to show Plaintiff's counsel never inquired about certain allegations made by Plaintiff regarding Andrew Dodge, making the entire deposition transcript relevant, I am providing the condensed transcript to reduce the amount of material filed with the Court.

6.      On July 28, 2020, Plaintiff's counsel deposed Menzies' Fueling Supervisor Andrew Dodge.  Following that deposition, in addition to receiving a certified copy of the transcript of that deposition, I received a condensed copy of the transcript of the deposition, and I have read, reviewed and maintained a copy of those transcripts in connection with this matter.  A true and correct copy of the condensed transcript from Mr. Dodge's deposition is attached hereto as **Exhibit 51**.  Because Exhibit 51 is offered in its entirety to show Plaintiff's counsel never inquired about certain allegations made by Plaintiff regarding Andrew Dodge, making the entire deposition transcript relevant, I am providing the condensed transcript to reduce the amount of material filed with the Court.

7.      On July 28, 2020, Plaintiff's counsel deposed Menzies' Senior Vice President of U.S. Fuel Consortiums Randall Davies.  Following that deposition, in addition to receiving a certified copy of the transcript of that deposition, I received a condensed copy of the transcript of the deposition, and I have read, reviewed and maintained a copy of those transcripts in connection with this matter.  A true and correct copy of the condensed transcript from Mr. Davies' deposition is attached hereto as **Exhibit 52**.  Because Exhibit 52 is offered in its entirety to show Plaintiff's counsel never inquired about certain allegations made by Plaintiff regarding Andrew Dodge, making the entire deposition transcript relevant, I am providing the condensed transcript to reduce the amount of material filed with the Court.

///

///

///

I declare under penalty of perjury under the laws of the States of California and Illinois, and the laws of the United States, that the foregoing is true and correct.

Executed on November 5, 2020 at Chicago, Illinois.


/s/ Christopher Ward
Christopher Ward