1  Arlo García Uriarte, SBN 231764
2  Elizabeth Lyons, SBN 327742
   LIBERATION LAW GROUP, P.C.
3  2760 Mission Street
   San Francisco, CA 94110
4  Telephone: (415) 695-1000
   Facsimile:  (415) 695-1006
5
6  Attorneys for PLAINTIFF
   RENALDO NAVARRO
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFNORNIA
10
11
12  Renaldo Navarro                        Case No.: 3:19-cv-08157 VC
13           Plaintiff,                    **NOTICE OF APPEARANCE OF COUNSEL
                                           ELIZABETH LYONS FOR PLAINTIFF**
14      vs.
                                           Hon. Vince Chhabria
15  Menzies Aviation Inc., DOING           San Francisco Courthouse
    BUSINESS AS MENZIES; DOES 1            Courtroom 4 – 17th Floor
16  through 10
                                           Action Removed:  December 16, 2019
17           Defendants.                   Action Filed:        October 23, 2019
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF**          **Case No.:  3:19-cv-08157 VC**

1    PLEASE TAKE NOTICE that I, Elizabeth L. Lyons, Liberation Law Group, P.C., 2760
2  Mission Street, San Francisco, CA 94110, (415) 695-1000, elizabeth@liberationlawgroup.com,
3  hereby makes appearance in this case. I am a member of the firm representing Plaintiff,
4  Liberation Law Group. I am admitted to practice in the United States District Court, Northern
5  District of California. Other members of my firm, Liberation Law Group, have previously
6  appeared in this case.
7    I REQUEST THAT THE CLERK UPDATE THE DOCKET AS INDICTED ABOVE.
8    Respectfully and with gratitude.

10  Dated: December 2, 2020                LIBERATION LAW GROUP, P.C.

13                                          By: _____
14                                              Elizabeth L. Lyons
                                                Attorney for Plaintiff