UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENALDO NAVARRO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MENZIES AVIATION, INC.,<br><br>　　　　　Defendant. | Case No. 19-cv-08157-VC<br><br>**ORDER TO SUPPLEMENT THE RECORD**<br><br>Re: Dkt. No. 28 |

　　　The Court cannot determine whether a genuine issue of fact exists on the claim for wrongful termination in violation of public policy without reviewing the suspension notice and termination letter that Menzies gave Navarro. Accordingly, the Court will take Menzies up on its offer, made at the hearing, to supplement the record with those materials. Menzies must submit this evidence by noon on December 29, 2020. If Navarro has any objection to the submission by Menzies, he must file it by 5:00 p.m. December 30.

　　　**IT IS SO ORDERED.**

Dated: December 23, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　United States District Judge