Arlo García Uriarte, SBN 231764
LIBERATION LAW GROUP, P.C.
2760 Mission Street
San Francisco, CA 94110
Telephone: (415) 695-1000
Facsimile: (415) 695-1006

Attorneys for PLAINTIFF
RENALDO NAVARRO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENALDO NAVARRO,<br><br>Plaintiff,<br><br>vs.<br><br>MENZIES AVIATION, INC., doing business as MENZIES and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No.: 3:19-cv-08157 VC<br><br>**DECLARATION OF ARLO URIARTE IN SUPPORT OF PLAINTIFF'S RESPONSE TO SUPPLEMENTAL BRIEFING**<br><br>Date:     February 3, 2021<br>Time:    2:00 p.m.<br>Place:   video conference link<br><br>Hon. Vince Chhabria<br>San Francisco Courthouse<br>Courtroom 4 – 17th Floor<br><br>Action Removed:  December 16, 2019<br>Action Filed:          October 23, 2019 |

---

DECLARATION OF ARLO URIARTE            CASE No. 3:19-cv-08157

**1**

I, Arlo Uriarte, declare as follows:

1. I am an attorney admitted to practice before all superior courts in the State of California. I am admitted to practice in the United States District Court for the Northern and Eastern Districts of California. I am admitted to the United States Court of Appeals for the Ninth Circuit.

2. I have personal knowledge of the facts stated in this declaration. If called upon to testify as a witness, I would competently testify as to these facts.

3. Exhibit 1 is a true and correct copy of the Parties' Initial Disclosures.

4. Exhibit 2 is a true and correct copy of Bates Stamped 0009.

5. Exhibit 3 is a true and correct copy of Plaintiff's responses to Defendant's Special Interrogatories.

6. Exhibit 4 is a true and correct copy of Plaintiff's Request for Production of Documents to Defendant.

7. Exhibit 5 is a true and correct copy of Plaintiff's special interrogatories to Defendant.

8. Exhibit 6 is a true and correct copy of Plaintiff's deposition. The pages attached are true and correct copies of the certified transcript for Plaintiff.

9. Exhibit 7 is a true and correct copy of the deposition transcript from Andrew Dodge deposed in this matter. The pages attached are true and correct copies of the certified transcripts for Andrew Dodge.

10. Exhibit 8 is a true and correct copy of the deposition transcript from John Qually deposed in this matter. The pages attached are true and correct copies of the certified transcripts for John Qually.

11. Exhibit 9 is a true and correct copy of the deposition transcript from Tracy Aguilera deposed in this matter. The pages attached are true and correct copies of the certified transcripts for Tracy Aguilera.

12. Exhibit 10 is a true and correct copy of the deposition transcript from Raul Vargas deposed in this matter. The pages attached are true and correct copies of the certified transcripts for Raul Vargas.

1  I declare under penalty of perjury under the laws of the United States and in the State of
2 California that the foregoing is true and correct.

4 Date: January 22, 2021                                    Arlo Uriarte

DECLARATION OF ARLO URIARTE     CASE No. 3:19-cv-08157
3