To whom it may concern,

My name is Rafael Vasquez I am an SEIU Union Shop Steward for Menzies Aviation at SFO International Airport

On September the 6, 2018
I was asked by the Menzies Aviation Fuelers on 130 side to write up a Petition on behalf of the Fuelers on 130 side vs Andrew Dodge.

The petition was written out and signed by the Fuelers on 130 side of the SFO Team.

The petition was then officially turned into the SEIU Union Hall.
In Addition a copy of the Petition against Supervisor Andrew Dodge was also turned into the Menzies Aviation Fueling Director Raul Vargas.

There have been two separate Petitions turned into Menzies Aviation Fueling Department Director Raul Vargas.

To date there has been no action taken by the Menzies Aviation Management Team to address the Petitions to have Mr. Andrew Dodge demoted from his Supervisory role at the 130 side.

I have spoken to The Menzies Aviation Fueling Director Raul Vargas on three separate occasions regarding Mr. Andrew Dodge, who continuous to abuse his authority and at times harass Fuelers under his charge.

If there is any further information that I may be able to provide please feel free to contact me at (510) 715-0014 .

Thank you,

Rafael Vasquez

*[signature: Rafael Vasquez]*
11/18/2018