1              IN THE UNITED STATES DISTRICT COURT

2        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

5    RENALDO NAVARRO,

6              Plaintiff,

7    v.                              No.  3:19-CV-8157

8    MENZIES AVIATION, INC.,
     doing business as MENZIES
9    and DOES 1 through 10,
     inclusive,

10

11              Defendants.
     _____/

12   Zoom Remote Deposition of

13        ANDREW DODGE

14    Tuesday, July 28, 2020

15     **CERTIFIED COPY**

16

17

18

19

20   REPORTED BY:  CINDY TUGAW, CSR #4805

21

22

              NOGARA REPORTING SERVICE
23            5 Third Street, Suite 415
            San Francisco, California 94103
24              (415) 398-1889

25

Case 3:19-cv-08157-VC   Document 60-8   Filed 01/22/21   Page 2 of 6

1                        I N D E X

2                                         Page Number

3   EXAMINATION BY MR. URIARTE                    4

4                      ---o0o---

5                   E X H I B I T S

6   Plaintiff's

7   Exhibit 3      Copy of two photographs      26

8   Exhibit 5      Statement by Andrew Dodge     42
                   dated 8-16-18
9
    Exhibit 8      Petition from Menzies          33
10                 fuelers to Menzies
                   Management
11
    Exhibit 10     Statement by Rafael            40
12                 Vasquez dated 11/18/18

13                     ---o0o---

14

15

16

17

18

19

20

21

22

23

24

25

1          BE IT REMEMBERED that, pursuant to Notice of

2     Taking Deposition and on Tuesday, the 28th day of July,

3     2020, commencing at the hour of 9:00 o'clock a.m.

4     thereof, via Zoom videoconference, before me, CINDY

5     TUGAW, a Certified Shorthand Reporter in the State of

6     California, personally appeared,

7                         ANDREW DODGE,

8     Called as a witness by the Plaintiff, having been by me

9     first duly sworn, was examined and testified as

10    hereinafter set forth.

11                         ---o0o---

12                  APPEARANCES OF COUNSEL

13    For the Plaintiff
           LIBERATION LAW GROUP, P.C.
14         2760 Mission Street
           San Francisco, California 94110
15         BY:  ARLO GARCIA URIARTE, Attorney at Law
           (415) 695-1000
16

17    For the Defendants
           FOLEY & LARDNER, LLP
18         555 California Street, Suite 1700
           San Francisco, California 94104
19         BY:  JASON Y. WU, Attorney at Law
           (415) 984-9848
20

      Also Present:  David Ho, Zoom Host.
21
                         ---o0o---
22

23

24

25

1    Q.  Did Mr. Lal ever tell you that he was doing

2    that as part of, you know, investigating these

3    petitions against you?

4    A.  No.  He one time mentioned that Ray was

5    complaining, so he just wanted to see what I did

6    compared -- you know, compared to other supervisors and

7    how they were doing their schedules.

8    Q.  I see.  And -- okay.  And out of those

9    meetings, was any kind of -- was there any

10    recommendation given to you as to, like, do your job

11    better, or was there any comment or anything like that?

12    A.  I don't recall what he said to me at all.

13    Q.  Did you have to change the way you were doing

14    things in order to give your breaks better or something

15    like that?

16    A.  No.  Up until March, I was doing the same way.

17    Q.  And you're saying up until March of 2020?

18    A.  Yeah, until I got furloughed, yes.

19    Q.  Okay.  Also in Exhibit 10, it says, "I have

20    spoken to The Menzies Aviation Fueling Director Raul

21    Vargas on three separate occasions regarding Mr. Dodge,

22    who continues to abuse his authority and at times

23    harass Fuelers under his charge."

24    Do you see that?

25    A.  Yes, I do see that.  Yeah.

1    Q.  What do you think -- what's your opinion on

2    that with regard to Rafael Vargas stating that you

3    continue to abuse your authority?

4            Do you know anything about that?

5    A.  I mean --

6    MR. WU:  Objection.  Assumes facts not in

7    evidence.

8            But you can answer.

9    MR. URIARTE:  Q.  Mr. Dodge?

10   A.  Sorry.  Okay.  I -- I mean, from when I see

11   that, I can tell you that's just not true.  I mean,

12   I've never harassed any of my employees or any of that

13   type of circumstance.

14   Q.  I see.  When you say -- when it says "abuse

15   his authority," like how would you be able to abuse

16   your authority during your shifts?

17   A.  Honestly, I don't know how I could abuse my

18   authority to this current day.  I'm still a supervisor

19   here --

20   Q.  I see.

21   A.  -- with the same employees.

22   Q.  I'm sorry.  What was that?

23   A.  I said I'm still a supervisor here with the

24   same employees.

25   Q.  Okay.  And have any fuelers gotten a complaint

1    against you that you were harassing them?

2        A.   No.

3        Q.   Have any of the fuelers ever come up to you

4    and said, hey, Andrew, you know, you're doing this

5    wrong, or, you know, complained to you about not giving

6    their breaks, or them working too hard because you're

7    not doing your job?  Anything along those lines?

8        A.   I've had fuelers just come up to me and try

9    to, like, give suggestions on how they want to -- how

10   they see things -- on how they see things, but, you

11   know -- and then I have to explain to them what's going

12   on, and I'd show them, and they would understand.

13   That's about it.

14          But I've never had -- I've had someone coming

15   up to me asking when they would get their break, and I

16   would explain to them as well, you know, the situation,

17   and they would understand.

18       Q.   I see.  All right.  Can we go back to Exhibit

19   5, please.  Okay.  I know it's hard to read, but I was

20   going to start with -- well, that first sentence kind

21   of ends with "the company don't need me, that I'm a bad

22   supervisor, and all I do is cause delays."

23          What do you mean by that, "all I do is cause

24   delays"?

25       MR. WU:  Objection.  Objection.  Assumes facts not