CHRISTOPHER WARD, CA Bar No. 238777
    cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE:  213.972.4500
FACSIMILE:   213.486.0065

JASON WU, CA Bar No. 313368
    jwu@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE:  415.434.4484
FACSIMILE:   415.434.4507

Attorneys for Defendant MENZIES
AVIATION, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Renaldo Navarro, | Case No. 3:19-cv-8157 |
| Plaintiff, | **DECLARATION OF CHRISTOPHER WARD IN SUPPORT OF DEFENDANT MENZIES AVIATION, INC.'S BILL OF COSTS** |
| vs. | |
| Menzies Aviation, Inc., DOING BUSINESS AS MENZIES; and DOES 1 through 10, inclusive, | |
| Defendants. | State Court Action Filed:  10/23/19 |
| | Action Removed:  December 16, 2019 |
| | Judge: Vince G Chhabria |

4819-3319-1643.3

# DECLARATION OF CHRISTOPHER WARD

I, Christopher Ward, declare as follows:

1.       I am an attorney duly licensed to practice law before the courts of the State of California and admitted to practice in this District.  I am a Partner with the law firm of Foley & Lardner LLP, counsel of record for Defendant Menzies Aviation, Inc. ("Menzies") in this action.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify thereto.

2.       Attached hereto as **Exhibit A** is a copy of the invoice from Ace Attorney Service dated December 23, 2019 for e-filing Defendant's Answer in San Francisco Superior Court on December 13, 2019, with the charge of $534.00 highlighted.

3.       Attached hereto as **Exhibit B** is a copy of the invoice from Ace Attorney Service dated December 23, 2019 for e-service of Defendant's Answer on December 13, 2019, with the charge of $40.00 highlighted.

4.       Attached hereto as **Exhibit C** is a copy of the invoice from Ace Attorney Service dated January 8, 2020 for e-filing Defendant's Notice of Removal and supporting documents on December 18, 2019, with the charge of $39.00 highlighted.

5.       Attached hereto as **Exhibit D** is a copy of the redacted invoice from Ace Attorney Service dated January 8, 2020 for e-service to Plaintiff of Defendant's Notice of Removal and supporting documents on December 18, 2019, with the charge of $40.00 highlighted.

6.       Attached hereto as **Exhibit E** is a copy of the invoice from Ace Attorney Service dated January 8, 2020 for courtesy copy delivery of Defendant's responsive pleadings to the Northern District of California on December 18, 2019, with the charge of $100.50 highlighted.

7.       Attached hereto as **Exhibit F** is a copy of the invoice from Ace Attorney Service dated January 8, 2020 for courtesy copy delivery of Defendant's responsive pleadings to the San Francisco Superior Court on December 18, 2019, with the charge of $59.75 highlighted.

8.       Attached hereto as **Exhibit G** is a redacted copy of the invoice from Federal Express for service to Plaintiff of Defendant's Notice of Removal and supporting Documents on December 24, 2019.

9.      Attached hereto as **Exhibit H** is a redacted copy of the invoice from Barkley Court Reporters, Inc. dated July 30, 2020 for the cost of an interpreter for the deposition of Plaintiff Renaldo Navarro.

10.     Attached hereto as **Exhibit I** is a redacted copy of the invoice from Barkley Court Reporters, Inc. dated August 4, 2020 for the transcript of the deposition of Plaintiff Renaldo Navarro.

11.     Attached hereto as **Exhibit J** is a redacted copy of the invoice from court reporter Janet C. Nogara dated August 17, 2020 for the transcript of the deposition of witness John Qually.

12.     Attached hereto as **Exhibit K** is a redacted copy of the invoice from court reporter Janet CI. Nogara dated August 17, 2020 for the transcript of the deposition of witnesses Andrew Dodge and Randy Davies and volume 2 of the transcript of the deposition of John Qually.

13.     Attached hereto as **Exhibit L** is a redacted copy of the invoice from court reporter Janet CII. Nogara dated September 20, 2020 for the transcript of the deposition of witnesses Raul Vargas and Tracy Aguilera.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on February 11, 2021 at Elmhurst, Illinois.


*/s/* Christopher Ward
CHRISTOPHER WARD

4819-3319-1643.3

# Exhibit A



# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 304201 | 11452 |
| **Invc Date** | **Total Due** |
| 12/23/19 | 8,071.25 |
| **Current** | **Over 30 Days** |
| 5,893.90 | 2,177.35 |
| **Over 60 Days** | **Over 90 Days** |
| .00 | .00 |

FOLEY & LARDNER - SAN FRANCISCO
ATTN: ACCOUNTS PAYABLE
555 CALIFORNIA STREET STE 1700
SAN FRANCISCO, CA 94104

BILLING INQUIRIES CALL
(213) 623-3979

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 11452 | 304201 | 12/15/19 | 3,815.55 | 1 | | |

| Date | Ordr No. | Svc | Service Detail | | | | | Charges | Total |
|---|---|---|---|---|---|---|---|---|---|
| 12/13/19<br><br>eFiling | 1804093 | ESD | Caller: LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>CGC-19-580227<br>NAVARRO V MENZIES<br>ANSWER<br>ADVANCE FEE | Ref No.: 043015-0278<br>SAN FRANCISCO SUPERIOR COURT<br>400 MCALLISTER STREET<br>SAN FRANCISCO<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | | BASE :<br>CTF :<br>ADVANCE :<br>CHK.CHARGE:<br><br>MISC : | 27.00<br>9.00<br>450.00<br>45.00<br><br>3.00 | | 534.00 |
| 12/13/19<br><br>eService | 1804098 | ES | Caller: LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>CGC-19-580227<br>NAVARRO V MENZIES<br>ANSWER<br>E-SERVE | Ref No.: 043015-0278<br>SAN FRANCISCO SUPERIOR COURT<br>400 MCALLISTER STREET<br>SAN FRANCISCO | | BASE : | 40.00 | | 40.00 |
| | | | Total Charges for Ref. - 043015-0278: 574.00 | | | | | | |

# INVOICE PAYMENT DUE UPON RECEIPT

# Exhibit B



# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 304201 | 11452 |
| **Invc Date** | **Total Due** |
| 12/23/19 | 8,071.25 |
| **Current** | **Over 30 Days** |
| 5,893.90 | 2,177.35 |
| **Over 60 Days** | **Over 90 Days** |
| .00 | .00 |

FOLEY & LARDNER - SAN FRANCISCO
ATTN: ACCOUNTS PAYABLE
555 CALIFORNIA STREET STE 1700
SAN FRANCISCO, CA 94104

BILLING INQUIRIES CALL
(213) 623-3979

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|---|---|
| | | | 11452 | 304201 | 12/15/19 | 3,815.55 | 1 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 12/13/19<br>eFiling | 1804093 | ESD | Caller: LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>CGC-19-580227<br>NAVARRO V MENZIES<br>ANSWER<br>ADVANCE FEE | Ref No.: 043015-0278<br>SAN FRANCISCO SUPERIOR COURT<br>400 MCALLISTER STREET<br>SAN FRANCISCO<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 27.00<br>CTF : 9.00<br>ADVANCE : 450.00<br>CHK.CHARGE: 45.00<br><br>MISC : 3.00 | | 534.00 |
| 12/13/19<br>eService | 1804098 | ES | Caller: LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>CGC-19-580227<br>NAVARRO V MENZIES<br>ANSWER<br>E-SERVE | Ref No.: 043015-0278<br>SAN FRANCISCO SUPERIOR COURT<br>400 MCALLISTER STREET<br>SAN FRANCISCO | BASE : 40.00 | | 40.00 |

Total Charges for Ref. - 043015-0278:    574.00

## INVOICE PAYMENT DUE UPON RECEIPT

# Exhibit C



# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 306924 | 11452 |
| Invc Date | Total Due |
| 1/08/20 | 8,601.75 |
| Current | Over 30 Days |
| 6,424.40 | 2,177.35 |
| Over 60 Days | Over 90 Days |
| .00 | .00 |

FOLEY & LARDNER - SAN FRANCISCO
ATTN: ACCOUNTS PAYABLE
555 CALIFORNIA STREET STE 1700
SAN FRANCISCO, CA 94104

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11452 | 306924 | 12/31/19 | 530.50 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 12/18/19<br>eFiling | 1806069 | ESD | Caller:  LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>CGC-19-580227<br>NAVARRO V MENZIES<br>NTC OF FILING<br>CCJ DEPT 610 | Ref No.:  043015-0278<br>SAN FRANCISCO SUPERIOR<br>400 MCCALISTER STREET<br>SAN FRANCISCO<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE    :    27.00<br>CTF     :     9.00<br>MISC    :     3.00 | 39.00 |
| 12/18/19<br>PDF CHAMBER'S COPY SAMEDY | 1806076 | CSD | Caller:  LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>CGC-19-580227<br>NAVARRO V MENZIES<br>NTC OF FILING<br>CCJ DEPT 610 | Ref No.:  043015-0278<br>SAN FRANCISCO SUPERIOR<br>400 MCCALISTER STREET<br>SAN FRANCISCO<br><br>MISC=1 EXH TAB=$1.00 | BASE     :    57.25<br>PDF PAGES :     1.50<br>MISC      :     1.00 | 59.75 |
| 12/18/19<br>eService | 1806080 | ES | Caller:  LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>CGC-19-580227<br>NAVARRO V MENZIES<br>NTC OF FILING | Ref No.:  043015-0278<br>SAN FRANCISCO SUPERIOR<br>400 MCCALISTER STREET<br>SAN FRANCISCO | BASE     :    40.00 | 40.00 |
| 12/19/19<br>PDF CHAMBER'S COPY SAMEDY | 1806573 | CSD | Caller:  LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>3:19-cv-8157<br>NAVARRO V AVIATION<br>CERTIFICATION, CCCS,<br>NTC, POS, DECL | Ref No.:  043015-0278<br>USDC<br>1301 CLAY STREET<br>OAKLAND<br><br>MISC=1 COPY=$0.25<br>1 EXH TAB=$1.00<br>1 ENVELOPE=$1.00 | BASE     :    97.75<br>PDF PAGES :      .50<br>MISC.     :     2.25 | 100.50 |

Total  Charges  for Ref. - 043015-0278:    239.25

## INVOICE PAYMENT DUE UPON RECEIPT

# Exhibit D



# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 306924 | 11452 |
| Invc Date | Total Due |
| 1/08/20 | 8,601.75 |
| Current | Over 30 Days |
| 6,424.40 | 2,177.35 |
| Over 60 Days | Over 90 Days |
| .00 | .00 |

FOLEY & LARDNER - SAN FRANCISCO
ATTN: ACCOUNTS PAYABLE
555 CALIFORNIA STREET STE 1700
SAN FRANCISCO, CA 94104

BILLING INQUIRIES CALL
(213) 623-3979

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|---|
| | 11452 | 306924 | 12/31/19 | 530.50 | 1 | |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 12/18/19<br>eFiling | 1806069 | ESD | Caller: LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>CGC-19-580227<br>NAVARRO V MENZIES<br>NTC OF FILING<br>CCJ DEPT 610 | Ref No.: 043015-0278<br>SAN FRANCISCO SUPERIOR<br>400 MCCALISTER STREET<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 27.00<br>CTF : 9.00<br>MISC : 3.00 | 39.00 |
| 12/18/19<br>PDF CHAMBER'S COPY SAMEDY | 1806076 | CSD | Caller: LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>CGC-19-580227<br>NAVARRO V MENZIES<br>NTC OF FILING<br>CCJ DEPT 610 | Ref No.: 043015-0278<br>SAN FRANCISCO SUPERIOR<br>400 MCCALISTER STREET<br>SAN FRANCISCO<br><br>MISC=1 EXH TAB=$1.00 | BASE : 57.25<br>PDF PAGES : 1.50<br>MISC : 1.00 | 59.75 |
| 12/18/19<br>eService | 1806080 | ES | Caller: LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>CGC-19-580227<br>NAVARRO V MENZIES<br>NTC OF FILING | Ref No.: 043015-0278<br>SAN FRANCISCO SUPERIOR<br>400 MCCALISTER STREET<br>SAN FRANCISCO | BASE : 40.00 | 40.00 |
| 12/19/19<br>PDF CHAMBER'S COPY SAMEDY | 1806573 | CSD | Caller: LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>3:19-cv-8157<br>NAVARRO V AVIATION<br>CERTIFICATION, CCCS,<br>NTC, POS, DECL | Ref No.: 043015-0278<br>USDC<br>1301 CLAY STREET<br>OAKLAND<br><br>MISC=1 COPY=$0.25<br>1 EXH TAB=$1.00<br>1 ENVELOPE=$1.00 | BASE : 97.75<br>PDF PAGES : .50<br>MISC. : 2.25 | 100.50 |

Total Charges for Ref. - 043015-0278: 239.25

## INVOICE PAYMENT DUE UPON RECEIPT

# Exhibit E



# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 306924 | 11452 |
| **Invc Date** | **Total Due** |
| 1/08/20 | 8,601.75 |
| **Current** | **Over 30 Days** |
| 6,424.40 | 2,177.35 |
| **Over 60 Days** | **Over 90 Days** |
| .00 | .00 |

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

FOLEY & LARDNER - SAN FRANCISCO
ATTN: ACCOUNTS PAYABLE
555 CALIFORNIA STREET STE 1700
SAN FRANCISCO, CA 94104

BILLING INQUIRIES CALL
(213) 623-3979

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 11452 | 306924 | 12/31/19 | 530.50 | 1 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 12/18/19<br>eFiling | 1806069 | ESD | Caller: LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>CGC-19-580227<br>NAVARRO V MENZIES<br>NTC OF FILING<br>CCJ DEPT 610 | Ref No.: 043015-0278<br>SAN FRANCISCO SUPERIOR<br>400 MCCALISTER STREET<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 27.00<br>CTF : 9.00<br>MISC : 3.00 | | 39.00 |
| 12/18/19<br>PDF CHAMBER'S COPY SAMEDY | 1806076 | CSD | Caller: LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>CGC-19-580227<br>NAVARRO V MENZIES<br>NTC OF FILING<br>CCJ DEPT 610 | Ref No.: 043015-0278<br>SAN FRANCISCO SUPERIOR<br>400 MCCALISTER STREET<br>SAN FRANCISCO<br><br>MISC=1 EXH TAB=$1.00 | BASE : 57.25<br>PDF PAGES : 1.50<br>MISC : 1.00 | | 59.75 |
| 12/18/19<br>eService | 1806080 | ES | Caller: LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>CGC-19-580227<br>NAVARRO V MENZIES<br>NTC OF FILING | Ref No.: 043015-0278<br>SAN FRANCISCO SUPERIOR<br>400 MCCALISTER STREET<br>SAN FRANCISCO | BASE : 40.00 | | 40.00 |
| 12/19/19<br>PDF CHAMBER'S COPY SAMEDY | 1806573 | CSD | Caller: LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>3:19-cv-8157<br>NAVARRO V AVIATION<br>CERTIFICATION, CCCS,<br>NTC, POS, DECL | Ref No.: 043015-0278<br>USDC<br>1301 CLAY STREET<br>OAKLAND<br><br>MISC=1 COPY=$0.25<br>1 EXH TAB=$1.00<br>1 ENVELOPE=$1.00 | BASE : 97.75<br>PDF PAGES : .50<br>MISC. : 2.25 | | 100.50 |
| | | | Total Charges for Ref. - 043015-0278: 239.25 | | | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

# Exhibit F





# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 306924 | 11452 |
| **Invc Date** | **Total Due** |
| 1/08/20 | 8,601.75 |
| **Current** | **Over 30 Days** |
| 6,424.40 | 2,177.35 |
| **Over 60 Days** | **Over 90 Days** |
| .00 | .00 |

FOLEY & LARDNER - SAN FRANCISCO
ATTN: ACCOUNTS PAYABLE
555 CALIFORNIA STREET STE 1700
SAN FRANCISCO, CA 94104

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11452 | 306924 | 12/31/19 | 530.50 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 12/18/19<br>eFiling | 1806069 | ESD | Caller: LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>CGC-19-580227<br>NAVARRO V MENZIES<br>NTC OF FILING<br>CCJ DEPT 610 | Ref No.: 043015-0278<br>SAN FRANCISCO SUPERIOR<br>400 MCCALISTER STREET<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE    : 27.00<br>CTF     : 9.00<br>MISC    : 3.00 | 39.00 |
| 12/18/19<br>PDF CHAMBER'S COPY SAMEDY | 1806076 | CSD | Caller: LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>CGC-19-580227<br>NAVARRO V MENZIES<br>NTC OF FILING<br>CCJ DEPT 610 | Ref No.: 043015-0278<br>SAN FRANCISCO SUPERIOR<br>400 MCCALISTER STREET<br>SAN FRANCISCO<br><br>MISC=1 EXH TAB=$1.00 | BASE    : 57.25<br>PDF PAGES : 1.50<br>MISC    : 1.00 | 59.75 |
| 12/18/19<br>eService | 1806080 | ES | Caller: LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>CGC-19-580227<br>NAVARRO V MENZIES<br>NTC OF FILING | Ref No.: 043015-0278<br>SAN FRANCISCO SUPERIOR<br>400 MCCALISTER STREET<br>SAN FRANCISCO | BASE    : 40.00 | 40.00 |
| 12/19/19<br>PDF CHAMBER'S COPY SAMEDY | 1806573 | CSD | Caller: LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>3:19-cv-8157<br>NAVARRO V AVIATION<br>CERTIFICATION, CCCS,<br>NTC, POS, DECL | Ref No.: 043015-0278<br>USDC<br>1301 CLAY STREET<br>OAKLAND<br><br>MISC=1 COPY=$0.25<br>1 EXH TAB=$1.00<br>1 ENVELOPE=$1.00 | BASE    : 97.75<br>PDF PAGES : .50<br>MISC.   : 2.25 | 100.50 |

Total Charges for Ref. - 043015-0278:   239.25

## INVOICE PAYMENT DUE UPON RECEIPT

# Exhibit G

### Foley & Lardner LLP

   

## Shipment Receipt

| | |
|---|---|
| Vendor: | FedEx |
| Account: | 182286923 |
| Invoice: | 688574494 |
| Date: | Wed, Jan 01 2020 |
| Items: | 10 |
| **Total: $** | **138.75** |

| **Invoice Number**<br>**Service**<br>**Airbill**<br>**Picked Up**<br>**Delivered** | **Reference**<br>**Timekeeper ID**<br>**Sender** | **Client-Matter**<br>**Client ID-Matter ID**<br>**Recipient**<br>**Weight** |
|---|---|---|
| **688574494**<br>FedEx Priority Overnight® (Code: ON)<br>779215870812<br>Tue, Dec 24 2019<br>Thu, Dec 26 2019 10:43 AM | **043015 0278 23341**<br>**23341**<br>Sara Abarbanel<br>Foley & Lardner LLP<br>Sara Abarbanel<br>555 California Street<br>SAN FRANCISCO, CA 94104 US | **MENZIES AVIATION, INC.-Navarro, Renaldo**<br>**043015-0278**<br>Un Kei Wu<br>Arlo Garci Uriarte Ernesto San<br>Liberation Law Group, P C<br>SAN FRANCISCO, CA 94110 US<br>2.00Lbs |
| | | **Shipping Charges: $ 12.07** |

# Redacted

# Exhibit H

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 544166 | 7/30/2020 | 465566 |
| **Job Date** | **Case No.** | |
| 7/23/2020 | 3:19-cv-08157-VC | |
| **Case Name** | | |
| Renaldo Navarro v. Menzies Aviation | | |
| **Payment Terms** | | |
| Net 30; Interest @ 1.5%/mo after 30 days | | |

Christopher G. Ward, Esq.
Foley & Lardner LLP - (IL)
321 North Clark Street
Suite#2800
Chicago IL  60654

Interpreter charges for:

Renaldo Navarro

| | | | | | |
|---|---|---|---|---|---|
| Interpreter Asian - Full day | | | | 1,500.00 | 1,500.00 |
| Overtime (h) | 1.50 | Hours | @ | 250.00 | 375.00 |
| | **TOTAL DUE  >>>** | | | | **$1,875.00** |

Tagalog Language = Full day with overtime
Start : 9:30 am - 4:35 pm

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

NOTE: Did you know that we offer Interpreting and translation services? Ask calendar for more information.

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

**Tax ID:** 95-3312349

Phone: 312 832-4500    Fax:312.832.4700

*Please detach bottom portion and return with payment.*

Christopher G. Ward, Esq.
Foley & Lardner LLP - (IL)
321 North Clark Street
Suite#2800
Chicago IL  60654

| | | | | |
|---|---|---|---|---|
| Job No. | : | 465566 | BU ID | : VLS |
| Case No. | : | 3:19-cv-08157-VC | | |
| Case Name | : | Renaldo Navarro v. Menzies Aviation | | |
| Invoice No. | : | 544166 | Invoice Date | : 7/30/2020 |
| **Total Due** | : | **$1,875.00** | | |

**Remit To:** **Verbatim Language Solutions**
**10350 Santa Monica Blvd., Suite 200**
**Los Angeles CA  90025-6923**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:              Phone#:

Billing Address:

Zip:          Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

| Form **W-9** | **Request for Taxpayer** | Give Form to the |
|---|---|---|
| (Rev. October 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Identification Number and Certification**<br><br>▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | requester. Do not<br>send to the IRS. |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Barkley Court Reporters, Inc.

**2** Business name/disregarded entity name, if different from above

Sound Deposition Services

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC   ☐ C Corporation   ☑ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

10350 Santa Monica Blvd. Suite #200

**6** City, state, and ZIP code

Los Angeles, CA 90025

Requester's name and address (optional)

**7** List account number(s) here (optional)

*Print or type.*
*See Specific Instructions on page 3.*

---

**Part I**    **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

# Redacted

---

**Part II**    **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

| Sign<br>Here | Signature of<br>U.S. person ▶ | *[signature]* | Date ▶ 01 03 2020 |
|---|---|---|---|

---

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X

Form **W-9** (Rev. 10-2018)

# Exhibit I

# INVOICE



**Sound**
Deposition Services, Inc.

10350 Santa Monica Blvd
Suite 200
Los Angeles, CA 90025

T: 888-29-SOUND
F: 866-799-DEPO
www.sounddepo.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 544231 | 8/4/2020 | 465206 |

| Job Date | Case No. | |
|---|---|---|
| 7/23/2020 | 3:19-cv-08157-VC | |

| Case Name | | |
|---|---|---|
| Renaldo Navarro v. Menzies Aviation | | |

| Payment Terms | | |
|---|---|---|
| Net 30; Interest @ 1.5%/mo after 30 days | | |

Christopher G. Ward, Esq.
Foley & Lardner LLP - (IL)
321 North Clark Street
Suite#2800
Chicago IL  60654

ORIGINAL TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Renaldo Navarro | 120.00 | Pages | 714.00 |
| Exhibit | 29.00 | Pages | 18.85 |
| Copies: 8.5 x 11 - Color | 6.00 | Pages | 3.90 |
| Word Index | 7.00 | Pages | 41.65 |
| Production / Handling | 1.00 | Pages | 52.00 |
| Mobile Videoconferencing Set Up | 1.00 | Hours | 125.00 |
| Interpreter Present (p) | 120.00 | Pages | 90.00 |
| **TOTAL DUE >>>** | | | **$1,045.40** |

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

NOTE: Did you know that we offer Interpreting and translation services? Ask calendar for more information.

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

**Tax ID:** 95-3312349

Phone: 312 832-4500    Fax:312.832.4700

*Please detach bottom portion and return with payment.*

Christopher G. Ward, Esq.
Foley & Lardner LLP - (IL)
321 North Clark Street
Suite#2800
Chicago IL  60654

| Job No. | : | 465206 | BU ID | : .Sound |
|---|---|---|---|---|
| Case No. | : | 3:19-cv-08157-VC | | |
| Case Name | : | Renaldo Navarro v. Menzies Aviation | | |
| | | | | |
| Invoice No. | : | 544231 | Invoice Date | : 8/4/2020 |
| **Total Due** | : | **$1,045.40** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                 Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:  **Sound Deposition Services**
**10350 Santa Monica Blvd., Suite 200**
**Los Angeles CA  90025-6923**

Form **W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the requester. Do not send to the IRS.**

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Barkley Court Reporters, Inc.

**2** Business name/disregarded entity name, if different from above

Sound Deposition Services

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC    ☐ C Corporation    ☑ S Corporation    ☐ Partnership    ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

10350 Santa Monica Blvd. Suite #200

**6** City, state, and ZIP code

Los Angeles, CA 90025

**7** List account number(s) here (optional)

Requester's name and address (optional)

**Print or type.**
**See Specific Instructions on page 3.**

### Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

# Redacted

### Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**    Signature of U.S. person ▶    Date ▶ 01/03/2020

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Form **W-9** (Rev. 10-2018)

# Exhibit J

| Form **W-9**<br>(Rev. October 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification**<br>▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | Give Form to the<br>requester. Do not<br>send to the IRS. |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

**JANET C. NOGARA**

**2** Business name/disregarded entity name, if different from above

**NOGARA REPORTING SERVICE**

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

[X] Individual/sole proprietor or single-member LLC  [ ] C Corporation  [ ] S Corporation  [ ] Partnership  [ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

**5 Third Street, Suite 415**

**6** City, state, and ZIP code

**San Francisco, CA 94103**

Requester's name and address (optional)

**7** List account number(s) here (optional)

*Print or type.*
*See Specific Instructions on page 3.*

---

**Part I**  **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

# Redacted

---

**Part II**  **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

| **Sign<br>Here** | Signature of<br>U.S. person ▶ | Date ▶  *1/15/2020* |

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X

Form **W-9** (Rev. 10-2018)

# INVOICE

1 of 1

Nogara Reporting Service
5 Third Street, Suite 415
San Francisco, CA 94103
Phone: 415-398-1889  Fax: 415-398-0611

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 64925 | 8/17/2020 | 28134 |
| **Job Date** | **Case No.** | |
| 7/27/2020 | 3:19-CV-8157 | |
| **Case Name** | | |
| Renaldo Navarro v. Menzies Aviation, Inc. | | |
| **Payment Terms** | | |
| | | |

Jason Y. Wu
Foley & Lardner, LLP
555 California Street, Suite 170
San Francisco, CA 94104
Phone: (415) 984-9848

| | | | |
|---|---|---|---|
| 1 ELECTRONIC CERTIFIED TRANSCRIPT OF: | | | |
| John Qually - Minimum Transcript | | | 227.50 |
| Exhibit | 3.00 | Pages | 1.35 |
| Certification | 1.00 | | 5.00 |
| Delivery and Handling | 1.00 | | 0.00 |
| | **TOTAL DUE  >>>** | | **$233.85** |
| | **( - ) Payments/Credits:** | | 0.00 |
| | **(+) Finance Charges/Debits:** | | 0.00 |
| | **(=) New Balance:** | | **$233.85** |

**Tax ID:** 94-2791849

*Please detach bottom portion and return with payment.*

Jason Y. Wu
Foley & Lardner, LLP
555 California Street, Suite 170
San Francisco, CA 94104

| | | | |
|---|---|---|---|
| Job No. | : 28134 | BU ID | : 1-NOGA |
| Case No. | : 3:19-CV-8157 | | |
| Case Name | : Renaldo Navarro v. Menzies Aviation, Inc. | | |
| | | | |
| Invoice No. | : 64925 | Invoice Date | : 8/17/2020 |
| **Total Due** | : **$233.85** | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Nogara Reporting Service**
              **5 Third Street, Suite 415**
              **San Francisco, CA 94103**

# Exhibit K

# I N V O I C E

1 of 1

Nogara Reporting Service
5 Third Street, Suite 415
San Francisco, CA 94103
Phone: 415-398-1889  Fax: 415-398-0611

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 64929 | 8/17/2020 | 28135 |

| Job Date | Case No. |
|---|---|
| 7/28/2020 | 3:19-CV-8157 |

| Case Name |
|---|
| Renaldo Navarro v. Menzies Aviation, Inc. |

| Payment Terms |
|---|
| |

Jason Y. Wu
Foley & Lardner, LLP
555 California Street, Suite 170
San Francisco, CA 94104
Phone: (415) 984-9848

| | | | |
|---|---|---|---|
| 1 ELECTRONIC CERTIFIED TRANSCRIPT OF: | | | |
| Andrew Dodge | 58.00 | Pages | 203.00 |
| Exhibit | 6.00 | Pages | 2.70 |
| Certification | 1.00 | | 5.00 |
| 1 ELECTRONIC CERTIFIED TRANSCRIPT OF: | | | |
| Randall Davies - Minimum Transcript | | | 227.50 |
| Certification | 1.00 | | 5.00 |
| 1 ELECTRONIC CERTIFIED TRANSCRIPT OF: | | | |
| John Qually, V2 | 26.00 | Pages | 91.00 |
| Exhibit | 3.00 | Pages | 1.35 |
| Certification | 1.00 | | 5.00 |
| Delivery and Handling | 1.00 | | 0.00 |
| | **TOTAL DUE   >>>** | | **$540.55** |

Zoom depositions.

| | |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$540.55** |

**Tax ID:** 94-2791849

*Please detach bottom portion and return with payment.*

Jason Y. Wu
Foley & Lardner, LLP
555 California Street, Suite 170
San Francisco, CA 94104

Job No.     : 28135             BU ID        : 1-NOGA
Case No.    : 3:19-CV-8157
Case Name   : Renaldo Navarro v. Menzies Aviation, Inc.

Invoice No.  : 64929          Invoice Date  : 8/17/2020
**Total Due   : $540.55**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:           Phone#: | | | |
| Billing Address: | | | |
| Zip:          Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:  **Nogara Reporting Service**
**5 Third Street, Suite 415**
**San Francisco, CA 94103**

Form **W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

Give Form to the
requester. Do not
send to the IRS.

| | 1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank. |
|---|---|
| | **JANET C. NOGARA** |

2 Business name/disregarded entity name, if different from above

**NOGARA REPORTING SERVICE**

3 Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☒ Individual/sole proprietor or single-member LLC   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

5 Address (number, street, and apt. or suite no.) See instructions.

**5 Third Street, Suite 415**

6 City, state, and ZIP code

**San Francisco, CA 94103**

Requester's name and address (optional)

7 List account number(s) here (optional)

*Print or type. See Specific Instructions on page 3.*

---

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

# Redacted

---

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

| Sign Here | Signature of U.S. person ▶ | Date ▶ *1/15/2020* |
|---|---|---|

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X

Form **W-9** (Rev. 10-2018)

# Exhibit L

# INVOICE

1 of 1

Nogara Reporting Service
5 Third Street, Suite 415
San Francisco, CA 94103
Phone: 415-398-1889  Fax: 415-398-0611

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 64998 | 9/30/2020 | 28136 |

| Job Date | Case No. | |
|---|---|---|
| 8/25/2020 | 3:19-CV-8157 | |

| Case Name |
|---|
| Renaldo Navarro v. Menzies Aviation, Inc. |

| Payment Terms |
|---|
| |

Jason Y. Wu
Foley & Lardner, LLP
555 California Street, Suite 170
San Francisco, CA 94104
Phone: (415) 984-9848

| | | | |
|---|---|---|---|
| 1 ELECTRONIC CERTIFIED TRANSCRIPT OF: | | | |
| Raul Vargas | 79.00 | Pages | 276.50 |
| Exhibit | 18.00 | Pages | 8.10 |
| Rough Draft | 1.00 | | 130.35 |
| Certification | 1.00 | | 5.00 |
| 1 ELECTRONIC CERTIFIED TRANSCRIPT OF: | | | |
| Tracy Aguilera | 58.00 | Pages | 227.50 |
| Exhibit | 80.00 | Pages | 36.00 |
| Rough Draft | 1.00 | | 95.70 |
| Certification | 1.00 | | 5.00 |
| Delivery and Handling | 1.00 | | 0.00 |

**TOTAL DUE  >>>**                                      **$784.15**

**( - ) Payments/Credits:**                                0.00
**(+) Finance Charges/Debits:**                            0.00
**(=) New Balance:**                                    **$784.15**

**Tax ID:** 94-2791849

*Please detach bottom portion and return with payment.*

Jason Y. Wu
Foley & Lardner, LLP
555 California Street, Suite 170
San Francisco, CA 94104

Job No.      : 28136          BU ID       : 1-NOGA
Case No.     : 3:19-CV-8157
Case Name    : Renaldo Navarro v. Menzies Aviation, Inc.

Invoice No.  : 64998          Invoice Date : 9/30/2020
**Total Due   : $784.15**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:            Phone#: | |
| Billing Address: | |
| Zip:        Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:  **Nogara Reporting Service**
           **5 Third Street, Suite 415**
           **San Francisco, CA 94103**

| Form **W-9** (Rev. October 2018) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** ▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | Give Form to the requester. Do not send to the IRS. |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

**JANET C. NOGARA**

**2** Business name/disregarded entity name, if different from above

**NOGARA REPORTING SERVICE**

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

[X] Individual/sole proprietor or single-member LLC  [ ] C Corporation  [ ] S Corporation  [ ] Partnership  [ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

**5 Third Street, Suite 415**

**6** City, state, and ZIP code

**San Francisco, CA 94103**

Requester's name and address (optional)

**7** List account number(s) here (optional)

*Print or type. See Specific Instructions on page 3.*

---

**Part I    Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Redacted**

---

**Part II    Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

| Sign Here | Signature of U.S. person ▶ | Date ▶ **1/15/2020** |

---

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

---

Cat. No. 10231X

Form **W-9** (Rev. 10-2018)