# Exhibit B



# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 304201 | 11452 |
| Invc Date | Total Due |
| 12/23/19 | 8,071.25 |
| Current | Over 30 Days |
| 5,893.90 | 2,177.35 |
| Over 60 Days | Over 90 Days |
| .00 | .00 |

FOLEY & LARDNER - SAN FRANCISCO
ATTN: ACCOUNTS PAYABLE
555 CALIFORNIA STREET STE 1700
SAN FRANCISCO, CA 94104

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11452 | 304201 | 12/15/19 | 3,815.55 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 12/13/19 eFiling | 1804093 | ESD | Caller: LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>CGC-19-580227<br>NAVARRO V MENZIES<br>ANSWER<br>ADVANCE FEE | Ref No.: 043015-0278<br>SAN FRANCISCO SUPERIOR COURT<br>400 MCALLISTER STREET<br>SAN FRANCISCO<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE      : 27.00<br>CTF        : 9.00<br>ADVANCE    : 450.00<br>CHK.CHARGE:  45.00<br><br>MISC       : 3.00 | 534.00 |
| 12/13/19 eService | 1804098 | ES | Caller: LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>CGC-19-580227<br>NAVARRO V MENZIES<br>ANSWER<br>E-SERVE | Ref No.: 043015-0278<br>SAN FRANCISCO SUPERIOR COURT<br>400 MCALLISTER STREET<br>SAN FRANCISCO | BASE      : 40.00 | 40.00 |

Total Charges for Ref. - 043015-0278:      574.00

## INVOICE PAYMENT DUE UPON RECEIPT