# Exhibit D



# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 306924 | 11452 |
| **Invc Date** | **Total Due** |
| 1/08/20 | 8,601.75 |
| **Current** | **Over 30 Days** |
| 6,424.40 | 2,177.35 |
| **Over 60 Days** | **Over 90 Days** |
| .00 | .00 |

FOLEY & LARDNER - SAN FRANCISCO
ATTN: ACCOUNTS PAYABLE
555 CALIFORNIA STREET STE 1700
SAN FRANCISCO, CA 94104

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11452 | 306924 | 12/31/19 | 530.50 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 12/18/19 eFiling | 1806069 | ESD | Caller: LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>CGC-19-580227<br>NAVARRO V MENZIES<br>NTC OF FILING<br>CCJ DEPT 610 | Ref No.: 043015-0278<br>SAN FRANCISCO SUPERIOR<br>400 MCCALISTER STREET<br>SAN FRANCISCO<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE :<br>CTF :<br>MISC : | 27.00<br>9.00<br>3.00 | 39.00 |
| 12/18/19 PDF CHAMBER'S COPY SAMEDY | 1806076 | CSD | Caller: LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>CGC-19-580227<br>NAVARRO V MENZIES<br>NTC OF FILING<br>CCJ DEPT 610 | Ref No.: 043015-0278<br>SAN FRANCISCO SUPERIOR<br>400 MCCALISTER STREET<br>SAN FRANCISCO<br><br>MISC=1 EXH TAB=$1.00 | BASE :<br>PDF PAGES :<br>MISC : | 57.25<br>1.50<br>1.00 | 59.75 |
| 12/18/19 eService | 1806080 | ES | Caller: LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>CGC-19-580227<br>NAVARRO V MENZIES<br>NTC OF FILING | Ref No.: 043015-0278<br>SAN FRANCISCO SUPERIOR<br>400 MCCALISTER STREET<br>SAN FRANCISCO | BASE : | 40.00 | 40.00 |
| 12/19/19 PDF CHAMBER'S COPY SAMEDY | 1806573 | CSD | Caller: LAURA LEE<br>FOLEY & LARDNER - SAN FRANCISCO<br>555 CALIFORNIA STREET<br>SAN FRANCISCO<br><br>3:19-cv-8157<br>NAVARRO V AVIATION<br>CERTIFICATION, CCCS,<br>NTC, POS, DECL | Ref No.: 043015-0278<br>USDC<br>1301 CLAY STREET<br>OAKLAND<br><br>MISC=1 COPY=$0.25<br>1 EXH TAB=$1.00<br>1 ENVELOPE=$1.00 | BASE :<br>PDF PAGES :<br>MISC. : | 97.75<br>.50<br>2.25 | 100.50 |

Total   Charges  for Ref. - 043015-0278:      239.25

# INVOICE PAYMENT DUE UPON RECEIPT