# Exhibit G

# Foley & Lardner LLP

 

| | |
|---|---:|
| **Shipment Receipt** | |
| Vendor: | FedEx |
| Account: | 182286923 |
| Invoice: | 688574494 |
| Date: | Wed, Jan 01 2020 |
| Items: | 10 |
| **Total: $** | **138.75** |

| Invoice Number | Reference | Client-Matter |
|---|---|---|
| Service | Timekeeper ID | Client ID-Matter ID |
| Airbill | Sender | Recipient |
| Picked Up | | Weight |
| Delivered | | |
| **688574494** | **043015 0278 23341** | **MENZIES AVIATION, INC.-Navarro, Renaldo** |
| FedEx Priority Overnight® (Code: ON) | 23341 | 043015-0278 |
| 779215870812 | Sara Abarbanel | Un Kei Wu |
| Tue, Dec 24 2019 | Foley & Lardner LLP | Arlo Garci Uriarte Ernesto San |
| Thu, Dec 26 2019 10:43 AM | Sara Abarbanel | Liberation Law Group, P C |
| | 555 California Street | SAN FRANCISCO, CA 94110 US |
| | SAN FRANCISCO, CA 94104 US | 2.00Lbs |
| | | **Shipping Charges: $ 12.07** |

# Redacted