# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 19-cv-08157-VC

Date case was first filed in U.S. District Court: December 16, 2019

Date of judgment or order you are appealing: February 8, 2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes    ● No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Renaldo Navarro

Is this a cross-appeal?   ○ Yes   ● No

If Yes, what is the first appeal case number? N/A

Was there a previous appeal in this case?   ○ Yes   ● No

If Yes, what is the prior appeal case number? N/A

Your mailing address:

Liberation Law Group, P.C.

2760 Mission Street

City: San Francisco    State: CA    Zip Code: 94110

Prisoner Inmate or A Number (if applicable): 

**Signature** /s/ Arlo Uriarte    **Date** Feb 26, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                                             *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Renaldo Navarro

Name(s) of counsel (if any):

> Arlo Uriarte
> Liberation Law Group, P.C.

Address: 2760 Mission Street

Telephone number(s): 415-695-1000

Email(s): arlo@liberationlawgroup.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Menzies Aviation, Inc.

Name(s) of counsel (if any):

> Christoper Ward
> Foley & Lardner LLP

Address: 555 South Flower Street, Suite 3500

Telephone number(s): 213-972-4500

Email(s): cward@foley.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                              1                              *Rev. 12/01/2018*