UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENALDO NAVARRO, <br>       Plaintiff, <br><br> v. <br><br> MENZIES AVIATION, INC., <br>       Defendant. | 19-cv-08157-VC <br><br> **JUDGMENT** |

The Court, having ruled on the defendant's motion for summary judgment, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: February 8, 2021

_____
VINCE CHHABRIA
United States District Judge