UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENALDO NAVARRO,<br><br>             Plaintiffs,<br><br>         v.<br><br>MENZIES AVIATION, INC.,<br><br>             Defendants. | Case No. 19-cv-08157-VC<br><br>**CLERK'S NOTICE OF DEFICIENCY IN BILL OF COSTS** |

**NOTICE TO PARTY REQUESTING TAXATION OF COSTS:**

   This is to notify you that your bill of costs filed on February 11, 2021, cannot be taxed for the following reason(s):

-  ( )   Judgment has not been entered; bill of costs is filed prematurely.

-  ( )   Bill of costs is untimely and deemed waived under Civil L.R. 54-1(a) and (c). A motion for administrative relief (Civil L.R. 7-11) seeking leave of court to file a late bill of costs must be filed no later than.

-  ( )   No proof of service on opposing counsel.

-  ( )   The verification required by 28 U.S.C. § 1924 (included in bill of costs Form CAND 133) is not signed or missing.

-  ( )   Supporting itemization and documentation required by Civil Local Rule 54-1(a) is missing or incomplete.

-  ( )   The bill of costs is not submitted on Form CAND 133 approved for use in this court.

-  ( X )   A copy of the bill of costs in Microsoft Word format (.docm) was not emailed to the Clerk (costbills@cand.uscourts.gov).

-  ( )   An amended bill of costs may be filed no later than.

-  ( )   Other:

Dated: March 22, 2021

                                                Susan Y. Soong
                                                Clerk, United States District Court


                                        By: _____
                                                Kristen Melen, Deputy Clerk