FILED

MAR 21 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RENALDO NAVARRO, | No. 21-15355 |
| Plaintiff-Appellant, | D.C. No. 3:19-cv-08157-VC<br>Northern District of California,<br>San Francisco |
| v. | |
| MENZIES AVIATION, INC., DBA Menzies, | ORDER |
| Defendant-Appellee. | |

The Court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record and that oral argument would not significantly aid the decisional process.

Therefore, this matter is ordered submitted on the briefs and record without oral argument on April 11, 2022, in San Francisco. Fed. R. App. P. 34(a)(2).

Appellant's motion to continue the date of oral argument is denied. **Dkt. 33.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Fung
Deputy Clerk
Ninth Circuit Rule 27-7